IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20521-BLOOM/Otazo-Reyes**

| | |
|---|---|
| BEVERLEY B. SCHOTTENSTEIN, Individually and as Co-Trustee Under the Beverley B. Schottenstein Revocable Trust U/A/D April 5, 2011, as Amended, | ) ) ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) |
| J.P. MORGAN SECURITIES, LLC; EVAN A. SCHOTTENSTEIN; and AVI E. SCHOTTENSTEIN, | ) ) ) ) |
| Respondents. | ) ) ) |

**PETITIONER'S MOTION TO REOPEN CASE**

Petitioner, Beverley B. Schottenstein, by her undersigned counsel, pursuant to Rule 7.1(a) of the Local Rules of the United States District Court for the Southern District of Florida (the "Local Rules"), files this motion seeking an order from the Court to reopen this case. The grounds on which this motion is based and the substantial matters of law intended to be argued in support of this motion are set forth in the following memorandum of law.

**MEMORANDUM OF LAW**

On February 5, 2021, petitioner, Beverley B. Schottenstein ("Petitioner"), filed her petition to confirm an arbitration award rendered by a Financial Industry Regulatory Authority ("FINRA") arbitration panel on February 4, 2021, in the arbitration proceeding styled, *Beverley B. Schottenstein, Individually and as Co-Trustee Under the Beverley B. Schottenstein Revocable Trust U/A/D April 5, 2011, as Amended v. J.P. Morgan Securities, LLC; Evan A. Schottenstein; and Avi E. Schottenstein, Jointly and Severally*, FINRA Arb. No. 19-02053 (the "Award"). The

Award is attached to Petitioner's petition to confirm the Award as Exhibit B. (Dkt. 1) The Panel entered the Award in favor of Petitioner and against three respondents, J.P. Morgan Securities, LLC ("JPMS") and Evan A. and Avi E. Schottenstein (the "Schottenstein Respondents"), after 43 hearing sessions over 22 days between October 19, 2020, and January 28, 2021.

On March 8, 2021, the Schottenstein Respondents filed their combined motion to vacate arbitration award and opposition to Petitioner's petition to confirm. (Dkt. 6) JPMS has paid all of its financial obligations under the Award.

In March, 2021, counsel for Petitioner and counsel for the Schottenstein Respondents participated in settlement negotiations, which resulted in Petitioner and the Schottenstein Respondents reaching an oral agreement concerning the amount of a settlement sum to be paid by the Schottenstein Respondents to Petitioner to resolve Petitioner's petition to confirm and the Schottenstein Respondents' motion to vacate. On March 18, 2021, Petitioner and the Schottenstein Respondents filed a Stipulated Motion for Extension of Briefing Deadlines, in which they advised the Court that Petitioner and the Schottenstein Respondents had reached an oral agreement concerning the amount of the settlement sum to be paid by the Schottenstein Respondents to Petitioner. (Dkt. 14) In response to the Stipulated Motion for Extension of Briefing Deadlines, on March 19, 2021, the Court entered its order administratively closing the case. (Dkt. 15) Paragraph 1 of the Court's order stated:

> The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation. If the parties fail to finalize a written settlement agreement and comply with the agreed payment scheduled, they [sic] move to reopen the case and proceed with the claims asserted in this action.

The Court's order also provided that all motions that had not been disposed of were denied as moot and all deadlines were terminated.

After extensive negotiations, the parties have been unable to reach agreement on the provisions and content of a written settlement agreement, and no written settlement agreement has been finalized.  Therefore, pursuant to paragraph 1 of the Court's order administratively closing the case, Petitioner files this motion to reopen the case and to proceed with the claims asserted in her petition to confirm the Award.

### CERTIFICATE OF PRE-FILING CONFERENCE

Counsel for Petitioner hereby certifies that on June 8, 2021, he spoke with counsel for the Schottenstein Respondents, to attempt in good faith to resolve the issues raised by the motion, but counsel for Petitioner has been unable to do so.  Counsel for the Schottenstein Respondents informed counsel for Petitioner that the Schottenstein Respondents oppose the relief sought in this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 8, 2021, the foregoing has been filed with the Court via the CM/ECF system, which will serve a copy upon all counsel of record.

> JOHNSON, POPE, BOKOR,
> RUPPEL & BURNS, LLP
>
> By: */s/ Scott C. Ilgenfritz*
>     Scott C. Ilgenfritz, FBN 394084
>     Guy M. Burns, FBN 160901
> Truist Place
> 401 E. Jackson Street, Suite 3100
> Tampa, Florida  33602
> Telephone:  813-225-2500
> Facsimile:  813-223-7118
> Primary email:  scotti@jpfirm.com
> Primary email:  guyb@jpfirm.com
> Secondary email:  debbieh@jpfirm.com
> *Attorneys for Petitioner*

7077727