UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20521-BLOOM/Otazo-Reyes**

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable
Trust U/A/D April 5, 2011, as Amended,

      Petitioner,

v.

J.P. MORGAN SECURITIES, LLC;
EVAN A. SCHOTTENSTEIN; and
AVI E. SCHOTTENSTEIN,

      Respondents.
_____/

## ORDER ON MOTION TO REOPEN

**THIS CAUSE** is before the Court upon Petitioner's Motion to Reopen Case, ECF No. [16] ("Motion"), filed on June 8, 2021, which seeks to reopen this case because the parties have been unable to resolve their dispute. The Court previously administratively closed the case, *see* ECF No. [15], upon being notified that the parties had reached a settlement of the disputes in this case, *see* ECF No. [14]. As the Court of Appeals for the Eleventh Circuit has explained, however, "[d]esignating a case 'closed' does not prevent the court from reactivating a case either of its own accord or at the request of the parties." *Fla. Ass'n for Retarded Citizens, Inc. v. Bush*, 246 F.3d 1296, 1298 (11th Cir. 2001) (citing *Lehman v. Revolution Portfolio LLC*, 166 F.3d 389, 392 (1st Cir. 1999)). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [16]**, is **GRANTED**. The Clerk of Court is directed to **REOPEN** the above-styled case. **On or before**

Case No. 21-cv-20521-BLOOM/Otazo-Reyes

**June 21, 2021**, the parties shall submit a joint status report, setting forth all the remaining issues that this Court must address in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 10, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record