IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20521-BLOOM/Otazo-Reyes**

| | |
|---|---|
| BEVERLEY B. SCHOTTENSTEIN, Individually and as Co-Trustee Under the Beverley B. Schottenstein Revocable Trust U/A/D April 5, 2011, as Amended, | ) ) ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) |
| J.P. MORGAN SECURITIES, LLC; EVAN A. SCHOTTENSTEIN; and AVI E. SCHOTTENSTEIN, | ) ) ) ) |
| Respondents. | ) ) |

**JOINT STATUS REPORT**

As directed in the Court's order on Petitioner's motion to reopen this case entered on June 10, 2021 [Dkt. 18], the parties file this joint status report setting forth Petitioner's remaining issues and the remaining issues of Evan A. Schottenstein and Avi E. Schottenstein (the "Schottenstein Respondents"). This is a miscellaneous proceeding filed by Petitioner seeking confirmation of an arbitration award issued by a Financial Industry Regulatory Authority arbitration panel and in which the Schottenstein Respondents have sought vacatur of the arbitration award. Accordingly, no trial or discovery is necessary.

**PETITIONER'S ISSUES**

1. Whether the arbitration award entered on February 4, 2021, should be confirmed against the Schottenstein Respondents;

2. Whether any renewed or amended motion to vacate that might be filed by the Schottenstein Respondents would be untimely and should be denied; and

-2-

3.  Whether any affirmative defenses to Petitioner's petition to confirm the arbitration award should be barred or stricken as a result of the Schottenstein Respondents having failed to timely raise them in a renewed or amended motion to vacate the arbitration award.

## SCHOTTENSTEIN RESPONDENTS' ISSUES

1.  Whether the parties have reached one or more enforceable settlement agreements, which issue Respondents believe should be addressed first and prior to considering confirmation or vacatur of the arbitration award;

2.  If the Court does not believe settlement has been reached between the parties, then the court should determine whether the arbitration award should be confirmed or vacated pursuant to filings made before the case was administratively closed and as may be amended by the parties;

3.  Whether Petitioner's conduct during settlement negotiations amounts to bad faith and estops her from arguing that the Schottenstein Respondents' Motion to Vacate is untimely;

4.  Whether a scheduling conference should be held among the Court and the parties to consider an appropriate schedule for the issues raised herein;

5.  To the extent the court does not believe a scheduling conference is warranted, whether the following schedule should govern briefing of these issues:

   a)  Respondents to file a Motion to Enforce Settlement on or before June 28, 2021.

   b)  Petitioner to file and serve an opposition on or before July 12, 2021.

   c)  Respondents to file and serve a reply on or before July 19, 2021. The Court can then take this issue under advisement at that time, or request argument from the parties.

-3-

    d)    Should the Court deny the Motion to Enforce Settlement, Petitioner and Respondent shall have the right to amend any Petition to Confirm and any Motion to Vacate within 14 days of the Order.

    e)    Each party shall have twenty one (21) days to file and serve an opposition to any Amended Petition to Confirm or any Amended Motion to Vacate.

    f)    Each party shall have fourteen (14) days to file and serve any Reply in further support of their Amended Petition to Confirm or their Amended Motion to Vacate.

| | |
|---|---|
| JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | MAYNARD, COOPER & GALE, PC |
| By: /s/ Scott C. Ilgenfritz<br>Scott C. Ilgenfritz, FBN 394084<br>401 E. Jackson Street, Suite 3100<br>Tampa, Florida 33602<br>Telephone: 813-225-2500<br>Facsimile: 813-223-7118<br>Primary email: scotti@jpfirm.com<br>Secondary email: debbieh@jpfirm.com<br><br>*Attorneys for Petitioner* | By: /s/ Peter S. Fruin<br>Peter S. Fruin, FBN 32897<br>1906 6th Avenue North, Suite 1700<br>Birmingham, Alabama 35203<br>Telephone: 205-254-1000<br>Email: pfruin@maynardcooper.com<br><br>*Attorney for Evan A. Schottenstein and Avi E. Schottenstein* |

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 21, 2021, the foregoing has been filed with the Court via the CM/ECF system, which will serve a copy upon all counsel of record.

                                        JOHNSON, POPE, BOKOR,
                                      RUPPEL & BURNS, LLP

By:   */s/ Scott C. Ilgenfritz*
      Scott C. Ilgenfritz, FBN 394084
      Guy M. Burns, FBN 160901
Truist Place
401 E. Jackson Street, Suite 3100
Tampa, Florida  33602
Telephone:  813-225-2500
Facsimile:  813-223-7118
Primary email:  scotti@jpfirm.com
Primary email:  guyb@jpfirm.com
Secondary email:  debbieh@jpfirm.com
*Attorneys for Petitioner*

7110675