**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:21-cv-20521-BB

**BEVERLEY B. SCHOTTENSTEIN,**
**Individually and as Co-Trustee Under the**
**Beverley B. Schottenstein Revocable**
**Trust U/A/D April 5, 2011, as Amended,**

      Petitioner,

v.

**J.P. MORGAN SECURITIES, LLC;**
**EVAN A. SCHOTTENSTEIN; and**
**AVI E. SCHOTTENSTEIN,**

      Respondents.

_____/

**DECLARATION OF AVI E. SCHOTTENSTEIN IN SUPPORT OF RESPONDENTS
EVAN AND AVI SCHOTTENSTEIN'S MOTION TO ENFORCE SETTLEMENT**

I, Avi E. Schottenstein, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Avi E. Schottenstein. I am over the age of eighteen and am a resident and citizen of the State of California. The matters referred to in this Declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to the facts set forth in this Declaration.

2. I am a Respondent in the above-captioned matter. Respondent Evan A. Schottenstein is my brother. Petitioner Beverley B. Schottenstein ("Petitioner") is my grandmother.

3. I make this Declaration in support of the Respondents Evan and Avi Schottenstein's Motion to Enforce Settlement.

1

4. On February 4, 2021, a Financial Industry Regulatory Authority arbitration panel issued an award (the "Arbitration Award") against J.P. Morgan Securities and my brother and I and in favor of our grandmother.

5. On February 5, 2021, Petitioner commenced the present action by filing a Petition to Confirm the Arbitration Award ("Petition to Confirm") [Dkt. No. 1].

6. On March 8, 2021, my brother and I moved to vacate the Arbitration Award and opposed the Petition to Confirm ("Motion to Vacate") [Dkt. No. 6].

7. Shortly after the Arbitration Award was issued on February 4, 2021, my brother and I, through our attorneys, began settlement negotiations with Petitioner, through her attorneys, to reach a global resolution of all issues surrounding the Arbitration Award, the Petition to Confirm, the Motion to Vacate, and the claims raised in the underlying FINRA Arbitration.

8. On March 18, 2021, my brother and I reached an agreement with Petitioner to settle this matter (the "March 18 Agreement"). One of the material terms of the March 18 Agreement is that my brother and I were to pay our grandmother $4 million promptly.

9. Accordingly, in anticipation of resolving this matter, my brother and I liquidated securities and/or moved cash to our checking accounts in order to make payment quickly of $4 million to our grandmother.

10. As of the date of this declaration, this money remains in our checking accounts and is available for payment of the settlement amount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2021, in Los Angeles, California.

          /s/ Avi E. Schottenstein
          Avi E. Schottenstein

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, a copy of the above and foregoing has been filed with the Court via the CM/ECF system, which will serve a copy upon all counsel of record.

          /s/ Peter S. Fruin
          Of Counsel