©2020 FINRA. All rights reserved.

# ORDER

**Submitted By:** Donna Solomon (On behalf of the arbitration panel)
**Submitted Date:** 08/18/2020 05:23:57 PM EST

**Case ID & Parties:**
*FINRA Dispute Resolution Services*
ORDER

**Case Number:** 19-02053

**In the Matter of the Arbitration Between**

| Claimant(s) | VS | Respondent(s) |
|---|---|---|
| Beverley B Schottenstein | | J.P. Morgan Securities, LLC |
| Beverly B. Schottenstein, as Co-Trustee | | Evan A Schottenstein |
| | | Avi E Schottenstein |

## PREHEARING CONFERENCE

1. Was a prehearing telephonic conference held in the above captioned matter?
- ● Yes
- ○ No

a. Prehearing conference date:
- ● **A prehearing conference was held in the above captioned matter on _08/18/2020_ at _03:30 PM Eastern Time Zone_**

b. The following arbitrator(s) participated in the hearing:
Chairman: Donna Solomon(Participated ☑)

Panelist: David Rich(Participated ☑)

Panelist: Donald Ryce(Participated ☑)

c. The following party representatives participated in the hearing:
Identify Claimant Representatives:

> *Scott C. Ilgenfritz, Esq., and Guy Burns, Esq. for Claimant*

Identify Respondent Representatives:

> *Gabrielle L. Gould, Esq., and Melissa Brumer, for Respondent, JP Morgan Securities, LLC*
>
> *Jonathan J. Brennan, Esq., for Respondents, Evan A. Shottenstein and Avi E. Shottenstein*

d. FINRA Dispute Resolution Services staff attendee:
- ● **The following FINRA Dispute Resolution Services Staff person participated in the hearing:**
  *Lisa Lasher*
- ○ Not applicable

**ISSUES ADDRESSED**

2. Issues addressed: (i.e., name of motion or request, by which party)
- ● **The following pleadings have been addressed:**

> ***Claimant's Motion for Zoom Hearing and Respondents' Oppositions***

**ORDER DECIDED BY**

3. Decided by:
- ○ Chairperson
- ● **Panel**

**RULINGS**

4. Rulings:
- ● **After considering the pleadings submitted by the parties (and oral arguments, if prehearing conference held), the Panel/Chairperson rules as follows:**

> ***Claimant's Motion for Zoom Hearing is hereby GRANTED. The Final Hearing will proceed by Zoom during the time currently scheduled.***
>
> ***FINRA will set up Zoom training session(s) with the parties, and separate session(s) with the panel.***

5. Order compliance date:
- ○ The parties should comply with this order by _____
- ● **Not applicable**

**ASSESSMENT OF FEES**

6. Cost of prehearing conference:
- ● **If the parties settle this matter with no further hearings, the forum fees for this prehearing conference (or discovery-related motion decided without a prehearing conference) are assessed as follows:**

    **50% to Claimant(s), jointly and severally**

    **50% to Respondent(s), jointly and severally**

    _____% assessed to _____

    _____% assessed to _____

    _____% assessed to _____

**_____% assessed to _____**

○ Not applicable

**ATTACHMENTS**

There are no attached documents.