

**TO:**          Jonathan J. Brennan, Esq.
                  Gabrielle L. Gould, Esq.
                  Robert C. Harris, Esq.
                  Scott C. Ilgenfritz, Esq.

**CC:**          David Rich
                  James Scutti
                  Donna Solomon

**From:**       Lisa D. Lasher
                  Senior Case Administrator

**Subject:**     FINRA Dispute Resolution Services Arbitration Number 19-02053
                  Beverley B. Schottenstein, et al. vs. J.P. Morgan Securities, LLC, Evan A.
                  Schottenstein and Avi E. Schottenstein

**Date:**         October 13, 2020

This letter is to inform you that Donald Theodore Ryce, Jr. has been withdrawn from the arbitration panel in the above-referenced case.  The replacement arbitrator is James Scutti.  Attached for your review is Arbitrator Scutti's Disclosure Report.

The Disclosure Report provides important background information on the arbitrator, including a list of the arbitrator's prior FINRA awards and a list of the arbitrator's current cases.  For more information on the arbitration awards, please visit FINRA's Arbitration Awards Online database at https://www.finra.org/arbitration-mediation/arbitration-awards-online. Users can search for awards using multiple criteria, such as the case number, keywords within awards, arbitrator names, date ranges set by the user, and any combination of these features.  In addition, users can access the awards of all arbitration programs absorbed over the years by FINRA (which include the American Stock Exchange, International Stock Exchange, Philadelphia Stock Exchange, Municipal Securities Rulemaking Board, and New York Stock Exchange).  These awards, however, do not appear on the Disclosure Reports at the present time.

If you have any questions, please do not hesitate to contact me at 561-362-7932 or by email at Lisa.Lasher@finra.org.

LYL:wv:LC31G
idr: 02/21/2020

RECIPIENTS:
Jonathan J. Brennan, Esq., Maynard, Cooper, Gale, Fred F. French Building 551 Fifth Avenue,
      Suite 2000, New York, NY 10176

Investor protection. Market integrity.      FINRA Dispute Resolution Services      Boca Center Tower 1      t  561 416 0277
                                      Southeast Regional Office      5200 Town Center Circle      www.finra.org
                                                             Suite 200
                                                             Boca Raton, FL
                                                             33486-1017

On Behalf Of: Evan A. Schottenstein

Gabrielle L. Gould, Esq., Goodwin, Procter LLP, The New York Times Building, 620 Eighth
        Avenue, New York, NY 10018
On Behalf Of: J.P. Morgan Securities, LLC

Robert C. Harris, Esq., Hunter, Taubman, Fischer & Li, LLC, 2 Alhambra Plaza, Suite 650, Coral
        Gables, FL 33134
On Behalf Of: Avi Elliot Schottenstein

Scott C. Ilgenfritz, Esq., Johnson Pope Bokor Ruppel & Burns LLP, 401 E. Jackson Street, Suite
        3100, Tampa, FL 33602
On Behalf Of: Beverly B. Schottenstein, as Co-Trustee; Beverley B. Schottenstein

CC:
David Rich
James Scutti
Donna Solomon



<div style="text-align:center; border:2px solid black; background:#999;">

## Case Information Sheet

</div>

1.   **CASE INFORMATION**:

   A. CASE-NUMBER:   19-02053

   B. CASE-NAME:

   Beverley B. Schottenstein, et al. vs. J.P. Morgan Securities, LLC,
   Evan A. Schottenstein and Avi E. Schottenstein

   C. FINRA Dispute Resolution Services
      REPRESENTATIVE:   Lisa D. Lasher
                        Senior Case Administrator
                        FINRA Dispute Resolution Services
                        Boca Center Tower 1
                        5200 Town Center Circle, Suite 200
                        Boca Raton, FL 33486
                        561-362-7932

   D. HEARING DATE:      October 19, 2020 at 09:00 AM Eastern Time Zone

   E. ADDITIONAL HEARING SESSIONS:
      Additional hearing session(s) are scheduled on:
      October 20, 2020, October 21, 2020, October 22, 2020, October 23, 2020,
      October 26, 2020, October 27, 2020, October 28, 2020, October 29, 2020,
      October 30, 2020, November 2, 2020, November 3, 2020, November 4, 2020,
      November 5, 2020, November 6, 2020.

   F. HEARING LOCATION:
      Video Evidentiary Hearing (TO BE RECORDED)

2.   **PARTY REPRESENTATIVE INFORMATION:**

   REPRESENTATIVE:
   Jonathan J. Brennan, Esq., Maynard, Cooper, Gale
   Phone: 646-609-9280, Fax: Unknown
   Email: jbrennan@maynardcooper.com
   PARTY(IES):
   Evan A. Schottenstein, Respondent

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Boca Center Tower 1   t  561 416 0277
                                          Southeast Regional Office           5200 Town Center Circle   www.finra.org
                                                                              Suite 200
                                                                              Boca Raton, FL
                                                                              33486-1017

REPRESENTATIVE:
Gabrielle L. Gould, Esq., Goodwin, Procter LLP
Phone: 212-813-8800, Fax: Unknown
Email: ggould@goodwinlaw.com
PARTY(IES):
J.P. Morgan Securities, LLC, Respondent

REPRESENTATIVE:
Robert C. Harris, Esq., Hunter, Taubman, Fischer & Li, LLC
Phone: 305-629-1180, Fax: 305-629-8099
Email: rharris@htflawyers.com
PARTY(IES):
Avi Elliot Schottenstein, Respondent

REPRESENTATIVE:
Scott C. Ilgenfritz, Esq., Johnson Pope Bokor Ruppel & Burns LLP
Phone: 813-225-2500, Fax: 813-223-7118
Email: scotti@jpfirm.com
PARTY(IES):
Beverly B. Schottenstein, as Co-Trustee, Claimant
Beverley B. Schottenstein, Claimant

3.   **ARBITRATION PANEL:**

| | | |
|---|---|---|
| Donna Greenspan Solomon | Public Arbitrator | Chairperson |
| David Rich | Public Arbitrator | Panelist |
| James M. Scutti | Public Arbitrator | Panelist |

LC20B
idr: 05/13/2020

RECIPIENTS:
Jonathan J. Brennan, Esq., Maynard, Cooper, Gale, Fred F. French Building 551 Fifth Avenue,
     Suite 2000, New York, NY 10176
On Behalf Of: Evan A. Schottenstein

Gabrielle L. Gould, Esq., Goodwin, Procter LLP, The New York Times Building, 620 Eighth
     Avenue, New York, NY 10018
On Behalf Of: J.P. Morgan Securities, LLC

Robert C. Harris, Esq., Hunter, Taubman, Fischer & Li, LLC, 2 Alhambra Plaza, Suite 650, Coral
     Gables, FL 33134
On Behalf Of: Avi Elliot Schottenstein

Scott C. Ilgenfritz, Esq., Johnson Pope Bokor Ruppel & Burns LLP, 401 E. Jackson Street, Suite
    3100, Tampa, FL 33602
On Behalf Of: Beverly B. Schottenstein, as Co-Trustee; Beverley B. Schottenstein

CC:
David Rich
James Scutti
Donna Solomon

October 13, 2020