

| | |
|---|---|
| **TO:** | Jonathan J. Brennan, Esq.<br>Gabrielle L. Gould, Esq.<br>Robert C. Harris, Esq.<br>Scott C. Ilgenfritz, Esq. |
| **From:** | Lisa D. Lasher<br>Senior Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 19-02053<br>Beverley B. Schottenstein, et al. vs. J.P. Morgan Securities, LLC, Evan A. Schottenstein and Avi E. Schottenstein |
| **Date:** | October 26, 2020 |

Pursuant to Customer Code Rule 12407 or Industry Code Rule 13410, the Director of Dispute Resolution Services has reviewed the parties' positions regarding the removal of James M. Scutti from the panel appointed in the above-referenced case.

Please note that the Director has denied the application. Therefore, Arbitrator James M. Scutti remains a member of the panel.

If you have any questions, please do not hesitate to contact me at 561-362-7932 or by email at Lisa.Lasher@finra.org.


LYL:lyl:LC54I
idr: 05/01/2020

RECIPIENTS:
Jonathan J. Brennan, Esq., Maynard, Cooper, Gale, Fred F. French Building 551 Fifth Avenue,
    Suite 2000, New York, NY 10176
On Behalf Of: Evan A. Schottenstein

Gabrielle L. Gould, Esq., Goodwin, Procter LLP, The New York Times Building, 620 Eighth
    Avenue, New York, NY 10018
On Behalf Of: J.P. Morgan Securities, LLC

Robert C. Harris, Esq., Hunter, Taubman, Fischer & Li, LLC, 2 Alhambra Plaza, Suite 650, Coral
    Gables, FL 33134
On Behalf Of: Avi Elliot Schottenstein

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Boca Center Tower 1   t 561 416 0277
Southeast Regional Office   5200 Town Center Circle   www.finra.org
Suite 200
Boca Raton, FL
33486-1017

Scott C. Ilgenfritz, Esq., Johnson Pope Bokor Ruppel & Burns LLP, 401 E. Jackson Street, Suite 3100, Tampa, FL 33602
On Behalf Of: Beverly B. Schottenstein, as Co-Trustee; Beverley B. Schottenstein