Bates Nos.: Beverly Black Book 000001 through 000005 were bound

Bates Nos.: Beverly Black Book 000006 through 000009 were contained loose within the book

Aug. 2018

I am writing this letter because a lot has been on my mind for quite a long time. I don't wish to hurt anyone, but I must express my feelings on how I am being used.

My daughter Randee was living at my apartment at 220 Riverside. I paid the the maintenance and all other expenses for the apartment. She lived there for several years, and then found an apartment that she loved downtown Manhattan. I bought it for her, as she has no income and is not working. Randee is my only daughter and has no husband to support her.

After she moved, Evan asked me if he could rent the apartment. He was living in Aunt Marys' apartment. When he left, Avi moved in and paid the maintenance at 303 W. 66th Street.

I was visiting Randee from Columbus, Ohio and Evan called me to come over sign the lease. I assumed because he was the new tenant. I signed. I did not read any papers and he said nothing. He was redecorating. I wasn't happy with it but I said nothing.

Sometime later, I got a call from

the office at 303 W. 66th Street asking about Avi and to sign that he is a relative. Then Avi called also to sign a paper, I thought it was the same as Evans.

I found out several years later that I was tricked! Everything I signed was a fraud, I said nothing. Somehow the trust was gone.

The reason I am so upset is, I always wanted the two apartments to go to my 4 children decided when I pass.

What else is going on?

Now, Sept. 2018 Chase Bank advised me all checks have been stopped because of too much activity on my account. I went to the Bank and got statements from the months of 2016–18. As for myself, I only spend less than $2000 every month on my credit card. I was shocked when I went through the papers. I could not believe what I read.

Every month 2016–2018, thousands and thousands of dollars has been used from my account without my nolage. Approfamatly over $370,000. As of today 10-31-18 I would say they took over 1,000,000.

By the way, my monthly statements were stopped by Evan some time ago!

Just before Avi married and on and on his family used my money without my knowlage for the wedding etc. etc. fares and Hotels to Israel. I asked - how can you have the wedding in Israel its' so expensive. I was told - its Cheaper than in FLA. I was very hurt. I wanted to be at the wedding, but Couldn't make that long fleight. After the wedding they had a party in N.Y. After that they went back to Israel for 3 weeks to a Bar Mitzvah All on my money!

I don't think I can ever forgive them.

I gladly would has given them anything - if they confided in me.

As of Today 10-31-2018 - they are still using my debit and Credit account.

My daughter Randee and Son Gary Can not afford paying the insurance (mine) every quater. I don't want them charged when I am gone.. So have it forgiven

avi is still unexplained

9-16 – 10-10 avi, his wife and baby went to Israel on vacation for a change. Unknown to me, I was paying for it. They were in Tel aviv for 2 nites at grandmas, then off to Jerusalem to a HOTEL. They used Uber all the time and the bank. I have proof $10,000 off my credit card plus charges on the card, etc.

As of today – Nov. 15-2018, I still believe they all use my credit card without my permition. the only solution is cancel the cards and say By By to Evan and avi. I truly beleived in them – They could do no wrong.

If I add up all they spent it probably would amount to over a million $. They might also have a hefty bank account.

I believe Evan took the Deeds from my home belonging to 220 Riverside Blvd. and 303 W 66 St. and forged my signature to become the owners. Evan once told me he could forge my name beautifuly!

Beverley Schottenstein

HAPPY NEW YEAR JAN. 2-2019

I haven't written for quite some time. A lot has happened since I last wrote. Avi has an adorable baby boy, but still is not working.

They have traveled to Israel on vacation (3 weeks) came to Fla. then went to Calif. (3 weeks) then back to Florida.

| | | | |
|---|---|---|---|
| 10-15 | Amazon | | 275.85 |
| 10-19 | " | | 52,81 |
| 9-20 | money exchange | | 116,48 |
| 9-23 | " | | 37.– |
| 9-22 | " | | 9.49 |
| " | PPA $200.– | | 56.– |
| 9-27 | | exch. | 1,000.28 |
| 9-26. | ZUPPA Restaurant | | 77.36 |
| 9-30 | Gobal Courier | | 121.78 |
| 9-27 | | | 170.24 |
| 9-30 | amazon | | 13,22 |
| 9-30 | US# US# | 770. | 770.61 |
| 9-29 | PHAZA | | 56.97 |
| 10-05 | HUMAS | | 11,07 |
| 10-8 | amazon | | 13.23 |
| 10-8 | GRMNAY | | 29.95 |
| 10-7 | HUMAS | | 6.86 |
| 10-7 | market | | 53.21 |
| 10-8 | SHIUTEY. | | 9,908.34 |
| 10-9 | TZFOW DZENGFF | | 20202.08 |

10 SOLD OF SECURITIES.
CHRISTIAN
- MOVE EVERYTHING ??

SHRINERS HOSPITAL
CANCER FOR CHILDREN.
BAD HEARTS.
CHILD FOR HEART
MOM?

RANDEE
* ~~[illegible]~~ TRUST?

Beverly Black Book 00000710/22

I am writing this letter because a lot has been on my mind for quite a long time. I don't wish to hurt any one, but I must express my feelings on how I am being used.

My daughter Randee was living at my apartment at 230 Riverside. I paid the maintence and all other expences for the apartment. She lived there for several years and then found an apartment that she loved downtown manhattan. I bought it for her, as she has no income and is not working. Randee is my only daughter and has no Husband to support her.

After she moved, Evan asked me if he could rent the apartment. He was living in Aunt Mary's apartment. When he left Avi moved in and paid maintenence at 303 W 66th Street.

I was visiting Randee and Evan called me to sign a lease. I assumed because he was a new tenant. I signed. I did not read any papers. He was redecorating. I wasn't happy with it but said nothing.

Some time later, I got a call from the office at 303 W. 66th St asking about avi and to sign that he is a relative. Then Avi called also to sign a paper. I thought it was the same as Evan

Beverly Black Book 00000810/22

Chuck

614-258-4237

Beverly Black Book 00000910/22

**TAB 192, PAGE 10**