

Cathy >

## Tampa Bay Times

Added Lynnda Speer in a statement: "We are hopeful the outcome of this case will prevent other elderly investors from being taken advantage of by their stockbrokers."

*Related: Inside the messy battle over Morgan Stanley's handling of HSN founder's fortune*

Burns and Scott C. Ilgenfritz, both of the Johnson Pope Bokor Ruppel & Burns law firm in Tampa, represented the Speer interests.

Burns said there are some larger lessons in this case.

TRENDING IN THIS SECTION:

Newspaper in Tampa (equivalent to Miami Herald) with Nanny's 2 attorneys quoted.

Fri, Aug 28, 4:33 PM

Good Shabbos.  Thanks for your time.

iMessage

**CONFIDENTIAL Avi & Evan Schottenstein 3279**

**TAB 100, PAGE 1**



Cathy >

Fri, Aug 28, 4:33 PM

Good Shabbos. Thanks for your time.

I'm going to text you soon-sorry. It's been a crazy day because the school just announced they are going all virtual and it's a real mess

I want to talk more

I'll reach out after Shabbos

Ok I have a date Motzei Shabbos with coincidentally one of Alexis's classmates, ███ ██████████

We've gone on 3 dates so far

Sundown is 7:33pm or I can talk Sunday (wedding is at 5, with an hour drive up to Monsey), so prob free until 3:30/4 Sunday

iMessage




Cathy ›

Sundown is 7:33pm or I can talk Sunday (wedding is at 5, with an hour drive up to Monsey), so prob free until 3:30/4 Sunday

Sorry about the school, i know it's hard on parents and not fair to their kids. ██████ works in the school system and tells me

Yeah it's been hard and I work in a private school as well- oh my. Ok I will reach out Sunday. Good Shabbos

Good Shabbos

Sun, Aug 30, 8:40 AM

Good morning.  I'm at davening by ███████████ 's right now. We're running late on 10 people for a minyan, but I think we'll still be done at 11AM.  Also, my ride for the wedding isn't until

  iMessage 




Cathy >

Sun, Aug 30, 8:40 AM

Good morning. I'm at davening by ███████████'s right now. We're running late on 10 people for a minyan, but I think we'll still be done at 11AM. Also, my ride for the wedding isn't until 5pm today, so any time in between then I'm available.

Ok I'm dropping the kids off at tennis at 12:30 but that's really it. What's a good time for you?

Whenever works best for you. How about when you get home from dropping them off?



Ok sounds good

Sun, Aug 30, 2:51 PM

Hey Evan,
In unrelated news, if your dad

      iMessage   

CONFIDENTIAL Avi & Evan Schottenstein 3282

TAB 100, PAGE 4




Verizon LTE          7:33 AM          95%

**CS**

Cathy >

Sun, Aug 30, 2:51 PM

Hey Evan,
In unrelated news, if your dad has any interesting pics of nanny or papa or all of us when we were younger, I'd really appreciate it if he could send them to me. Since ███ was diagnosed with servers disease he can't be very active and he's been collecting pics for an ancestry album. Thanks! We'll be in touch

I was gonna say that I want to send you all the nanny pics. I have two here, originals, that I'll mail to you

My mom was so upset with her suing that she supposedly cut nanny out of her own wedding photos from 1979!

I actually hid these 2 photos I have as I don't want them

            iMessage          




Verizon LTE                7:33 AM                95%

**CS**

Cathy >

I actually hid these 2 photos I have as I don't want them thrown out. Photos are history and it's important to save

The rest are in Cleveland, if they're still there.  I'll ask my dad

Now that I think of it. There's some more recent ones saved on my phone that I can send you.  The two earlier I mentioned are with her and our grandfather.  Do you want recent ones too (from last 10 years) ?

Yes anything you have would be wonderful– thank you! They're so interesting to see. But truthfully I don't blame your mom at this point!

still it's pictures over 40 years



iMessage


**CONFIDENTIAL Avi & Evan Schottenstein 3284**

**TAB 100, PAGE 6**

 Verizon LTE    7:33 AM    95%



Cathy >

Yes anything you have would be wonderful- thank you! They're so interesting to see. But truthfully I don't blame your mom at this point!

still it's pictures over 40 years old that aren't saved on computers like these days.

Getting ready for the wedding now, but I'll send you images of it and follow up in the mail with the originals.

Thank you!



     iMessage    

CONFIDENTIAL Avi & Evan Schottenstein 3285

TAB 100, PAGE 7





Cathy ›





Story goes, our grandfather





CONFIDENTIAL Avi & Evan Schottenstein 3286

TAB 100, PAGE 8



**Cathy** >

Story goes, our grandfather wanted to hold me in this picture, as he said I was named after his father (Ephraim). Look at his father's namesake now

There's a 3rd photo ill send you tomorrow. The first one, the black and white one is not original

I think there's a black and white copy also somewhere in this apt of our grandparents and the Governor of Ohio and his wife (████████). ██████████ was even friends with his daughter, ██████, I think your kids would like that story

i made a copy to show Ari Schottenstein in 2007, as he thought it was cool

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3287

TAB 100, PAGE 9



Cathy >

> i made a copy to show Ari Schottenstein in 2007, as he thought it was cool

Wow- I'd REALLY like to see all of that! Thank you! Are the two pics you just sent me scanned?

> They're uploaded just with my camera phone

> The only scanner I had was at JP Morgan

Who are the two other couples in the black and white photo? Is that ███████?

> Yes and ████ and ████

> The middle is ██████ and ███████

Wow- that's a great one

iMessage

CONFIDENTIAL Avi & Evan Schottenstein 3288

TAB 100, PAGE 10



Cathy >

Wow- that's a great one

I'd love to see the Governor one if you find it

You don't have a copy of that letter bush wrote to nanny do you? I think she gave it to █████

Or any of us? Avi sent me one from Disney and it's really cute

I think █████ took the letter! I remember nanny saying he stole it.

I think it's when he came over and cursed her and she didn't talk to him for years, all because he was mad I was living in 303 and paying nanny's maintenance and property tax, not living there for free !

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3289

TAB 100, PAGE 11



Cathy ›

I think it's when he came over and cursed her and she didn't talk to him for years, all because he was mad I was living in 303 and paying nanny's maintenance and property tax, not living there for free !

That Disney photo was in the Florida apt. My dad brought it down there to shown ▮▮▮▮ the kids photos of us. nothing in NY

That bush letter wasn't original anyway, they give that to anyone that donates, even $50, which she would typically give

Oh I see- yeah I remember when ▮▮▮▮ did all that

Mon, Aug 31, 4:02 PM





iMessage


CONFIDENTIAL Avi & Evan Schottenstein 3290

TAB 100, PAGE 12



Cathy >

Mon, Aug 31, 4:02 PM



Thank you! Did you ever find the governor one?

Not yet, it's probably in one of the drawers in the apt among some papers. I'll eventually find it.

iMessage

CONFIDENTIAL Avi & Evan Schottenstein 3291
TAB 100, PAGE 13



Cathy >

Not yet, it's probably in one of the drawers in the apt among some papers. I'll eventually find it.

There was online a photo of ▮▮▮▮▮▮▮▮▮▮▮ in a horse and buggy. I'm sure ▮▮▮▮▮ would like to see that

Oh also show him this

I was trying to find that horse and buggy- I thought I saw that once- but I couldn't!

If you come across it, please send me the link



iMessage





Cathy >



It's a ruler my dad saved

It's from the original store

Oh that's cool!

I have two more photos he would like



CONFIDENTIAL Avi & Evan Schottenstein 3293

TAB 100, PAGE 15



Cathy >



  iMessage 

**CONFIDENTIAL Avi & Evan Schottenstein 3294**

**TAB 100, PAGE 16**



CS

Cathy >



It's a building Nanny donated towards in 1987 in memory of our grandfather at Yeshiva University. It houses the theater for the school plays and also the art and music center

The synagogue inside is called the Shenk Shul after Sol Shenk




Cathy >

It's a building Nanny donated towards in 1987 in memory of our grandfather at Yeshiva University. It houses the theater for the school plays and also the art and music center

The synagogue inside is called the Shenk Shul after Sol Shenk, founder of Big Lots

▮▮▮▮▮▮▮ the son, told me that our family pushed for them to donate towards it, as they're not so religious. I told him it's an honor for his dad as it's the most popular synagogue on campus these days

This is interesting- do you have a closer up pic of the building or a closer shot of the picture in the frame?

The building picture a realtor

  iMessage 



Cathy >

This is interesting- do you have a closer up pic of the building or a closer shot of the picture in the frame?

The building picture a realtor friend, ████████ sent me. He passed by it and saw the name

It's located in Washington Heights, NY

At YU?

yeah

Would you mind taking a closer pic of the framed pic with the engraving on the front?

It's in Cleveland. Nanny said I could have it, when she was moving to FL in 2008, as I'm a YU alum. She'll probably get

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3297

TAB 100, PAGE 19



Cathy >

It's in Cleveland. Nanny said I could have it, when she was moving to FL in 2008, as I'm a YU alum. She'll probably get jealous and forgetful and now say I stole that!

I get you a better image of it when I'm in Ohio next, possibly Sukkot time in October

It actually had either bird poo or mouse droppings on it when I found it either in the basement or attic upstairs at nanny's

Yuck. Yeah she and my dad don't hold on to any of that stuff. My dad has nothing. I really want to find that horse and buggy pic- that would be most interesting

I was looking online for it and found this cool photo. It's one of the earlier stores. Not as

iMessage

CONFIDENTIAL Avi & Evan Schottenstein 3298

TAB 100, PAGE 20




Cathy >

I was looking online for it and found this cool photo. It's one of the earlier stores. Not as early as the one the ruler came from, as that was the E.L. Schottenstein store



That is cool- thanks. I saved it

Mon, Aug 31, 7:44 PM

Still can't find the horse and buggy...ugh!

iMessage





**CONFIDENTIAL Avi & Evan Schottenstein 3299**

**TAB 100, PAGE 21**



Cathy ›

Mon, Aug 31, 7:44 PM

Still can't find the horse and buggy...ugh!

It used to be on the value city website.  However, since they closed the dept stores in 2008, just focusing on furniture stores, it doesn't appear to be online any more

There may be the same photo in the ███████ book

I don't have a copy of that book here in NY, but when I go home next, I'll look

Yeah I know I saw that pic at one point but I think you're right- they took down the website

Tue, Sep 1, 12:36 PM

      iMessage   

**CONFIDENTIAL Avi & Evan Schottenstein 3300**

**TAB 100, PAGE 22**



Cathy ›

Yeah I know I saw that pic at one point but I think you're right- they took down the website

Tue, Sep 1, 12:36 PM

My father couldn't find the horse and buggy photo, but said you would want this. It's not an original (I think Nanny has that).



CONFIDENTIAL Avi & Evan Schottenstein 3301

TAB 100, PAGE 23





Cathy ›



This is great! Thanks! If he has anything else interesting- please tell him I'm interested



    iMessage  

CONFIDENTIAL Avi & Evan Schottenstein 3302



**7:36 AM**



Cathy ›



I'm going to post office now to mail you the pictures I promised

Thank you.. ██████ looks so much like my dad in that pic



  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3303

TAB 100, PAGE 25




**CS**

Cathy ›



Tue, Sep 1, 2:15 PM

My father said if you contact ⬛⬛⬛, he's sure that he could get you the horse and buggy photo of Ephraim

His number online shows as 614-237-8002 and

  



Cathy >

His number online shows as 614-237-8002 and 614-253-7187

He's a college professor at Franklin University, a historian, and the one, who wrote the family books. He's our grandfather's first cousin.

Ok I will reach out to him, thank you

Thu, Sep 3, 8:24 AM

Good morning, thought you would want to see the two (and only 2 investment managers that Nanny has, both she's profitable in and both ▮▮▮▮▮ ▮▮▮▮ tried to get her out of and made my life hell over).



Coatue has built a dedicated team for early stage investing which is supported by a senior leadership with 20+ years of TMT investing experience

Early Stage Fund and Coatue Senior Leadership

  iMessage 





**CS**

Cathy ›

Thu, Sep 3, 8:24 AM

Good morning, thought you would want to see the two (and only 2 investment managers that Nanny has, both she's profitable in and both ██████ ██████ tried to get her out of and made my life hell over).



That's the staff of the Coatue Tech Fund (note: Mark Zuckerberg of Facebook's sister and Philip Laffont, a "tiger cub," formerly of famous Tiger Management, MIT alum





iMessage



**CONFIDENTIAL Avi & Evan Schottenstein 3306**

**TAB 100, PAGE 28**





Cathy >

That's the staff of the Coatue Tech Fund (note: Mark Zuckerberg of Facebook's sister and Philip Laffont, a "tiger cub," formerly of famous Tiger Management, MIT alum

**Coatue Management**
wikipedia.org



That's the one they accused me of a scheme in the Cayman Islands.  Here's the other one that she accused me of a Bernie Madoff.  His name is Bill Ackman and his fund is Pershing Square



    iMessage  

**CONFIDENTIAL Avi & Evan Schottenstein 3307**

**TAB 100, PAGE 29**




Verizon LTE   7:37 AM   94%

Cathy >



**Bill Ackman**
wikipedia.org

Bill is so successful he just launched an IPO (same method as Warren Buffet did with his Berkshire Hathaway)



**Bill Ackman's Pershing Square**

      iMessage   

**CONFIDENTIAL Avi & Evan Schottenstein 3308**

**TAB 100, PAGE 30**




Cathy >



**Bill Ackman's Pershing Square Tontine goes public 5.5% above its IPO price**

google.com

I don't see why ▇▇▇▇ had to liquidate her of everything just to move the account. Really seems unnecessary

I hope he didn't get her out of these two managers. I know he tried. He kept bugging ▇▇ when is the earliest we can liquidate them

The assets in her JP Morgan brokerage (not these 2) he

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3309

TAB 100, PAGE 31

**CS**

Cathy ›

The assets in her JP Morgan brokerage (not these 2) he ordered  to sell out everything and  did it (it included at least $10 million in just tax free University and Hospital bonds in Ohio, FL, and NY)

He's not a broker or investor so I don't see why he would be ordering sales

I asked nanny the one and last time I saw her in Jan 2019 and she said she didn't want to sell anything, ▮▮▮▮ did it

Well she tends to blame the lawyers for things so she doesn't have to take responsibility– that's how she handles everything

Exactly



Cathy ›

Exactly

Well just wanted to pass this on. I'll let you know if I hear anything developing

She definitely doesn't know anything about money or investing

Yes please do- what a mess. Got the pics yesterday- thank you. I'll keep you posted as well

Amazing, did it all come intact, I was worried the glass would break



Yes everything was perfect!

Fri, Sep 4, 9:47 AM

A cousin posted this, it's a donation made in 1920 by our

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3311

TAB 100, PAGE 33




**CS**

Cathy ›

Fri, Sep 4, 9:47 AM

A cousin posted this, it's a donation made in 1920 by our great-great grandfather to Chabad in Jerusalem



It's the last name on the list: Heshel Schottenstein

iMessage

 

**CONFIDENTIAL Avi & Evan Schottenstein 3312**

**TAB 100, PAGE 34**



Cathy ›

It's the last name on the list:
Heshel Schottenstein

Yeah I actually got this from
███████– thanks! I'm still trying to
get the horse and buggy- the
numbers for ███████ don't work.
I don't think it's in his book

It's a long story

What a mess

I'll tell you some time over the
phone when I have privacy

My dad can get ███████'s
number from his nephew ███████
███████████

Ok that would be great. Yeah
I'm sure it's hard to talk about
Isaac now if he's there. Do you
have any photos with you and
nanny and avi? I was thinking if I

iMessage



Cathy >

Ok that would be great. Yeah I'm sure it's hard to talk about Isaac now if he's there. Do you have any photos with you and nanny and avi? I was thinking if I sent dawn a photo like that and she showed it to nanny it might soften her feelings and bring back positive memories

But I think it should come from me through dawn

Otherwise they will think it's a manipulation and tell the lawyers

Like I could just be like- look at this nice photo I found

Avi actually sent photos to her of his kids on Mother's Day I believe, with flowers. He ended up getting them sent back by security or a valet with a note in her handwriting to return it and

  iMessage 




**Cathy** >

Avi actually sent photos to her of his kids on Mother's Day I believe, with flowers. He ended up getting them sent back by security or a valet with a note in her handwriting to return it and the flower stems were cut and wet, as if she put it in a vase and then told the damn lawyers, who said to send it back

I happen to have those photos here, they're really sweet pictures. I don't know what kind of great-grandmother wouldn't want images like that to look at

My lawyer then was told that if he harasses her more police will come

He also sent this Purim basket and we got police threat after that, and so on and so forth

  iMessage 

**CONFIDENTIAL Avi & Evan Schottenstein 3315**

**TAB 100, PAGE 37**




Cathy >

He also sent this Purim basket and we got police threat after that, and so on and so forth



  iMessage 




CS

Cathy >



They were dressed as sailors on Purim. It was a fish bucket with fish crackers, Tuna fish, fish candy, etc

Looks like also coconut fruit leather and macadamia nut. Like sea-Island-fish theme

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3317

TAB 100, PAGE 39





Cathy >

Looks like also coconut fruit leather and macadamia nut. Like sea-Island-fish theme



The day ▮▮▮▮ was in critical condition Avi visited with the kids and she said, you're not gonna hurt me are you?  Then he said I'll just sit here on the

iMessage

 



Cathy >

The day ▮▮▮▮ was in critical condition Avi visited with the kids and she said, you're not gonna hurt me are you?  Then he said I'll just sit here on the coach by the door and ▮▮▮▮ passed her the baby (first time she saw her close up).  She holds her and says I'm your bad, crazy great grandmother.  I watch you sometimes from my balcony when you're by the pool.  Next day, he gets this letter in her handwriting





Cathy >



June 6 - 2020

avi

I discussed our conversation with my lawyer. His advice to me was that you are not allowed to talk to me. If you do come back to my door, he will take further action by calling the police.

apartment 5F

CONFIDENTIAL Avi & Evan Schottenstein 3320

TAB 100, PAGE 42



7:38 AM



Cathy >

*June 6 – 2020*

*avi*

*I discussed our conversation with my lawyer. His advice to me was that you are not allowed to talk to me. If you do come back to my door, he will take further action by calling the police.*

*apartment 5F*

It was really serious with ▇▇▇▇. Here is our davening group chat on WhatsApp

Fri, Jun 5

Avi Schottenstein
Please say Tehillim for my brother,
▇▇▇▇▇▇▇▇▇▇▇▇,
he is in critical condition          11:50 AM

▇▇▇▇▇
Oh no! Definitely will. How about we

       iMessage     



📶 Verizon LTE      7:38 AM      93% 🔋



CS

Cathy >

Avi Schottenstein
Please say Tehillim for my brother,
████████████████████████
he is in critical condition          11:50 AM

███████████
Oh no! Definitely will. How about we
split the whole Tehillim. I'll do the
first 20                                    11:51 AM

███████
Wow what happend
Sure will say tehillim
Wishing him a refuah shlema
                                            11:51 AM

███████
Yes. I will say tehilim too.      11:58 AM

+1 (917) 856-1870  ~MG
Done                                12:02 PM

Avi Schottenstein

Nanny's lawyer (Ilgenfritz)
accused us that it was a hoax
to get her to feel bad for us and
drop the case

JOHNSON
POPE                                      SunTrust b.
BOKOR                            401 EAST JACKSON STREET,
RUPPEL &                               TAMPA, FLOR
BURNS, LLP                          TELEPHONE: (81
                                         Facsimile: (81
COUNSELORS AT LAW          TAMPA • CLEARWATER • ST. PETER

                                   Email: scott@jpfirm.com
                                   FILE NO. 69057.144666
        June 8, 2020

      iMessage   

CONFIDENTIAL Avi & Evan Schottenstein 3322

TAB 100, PAGE 44




**Cathy** ›



JOHNSON
POPE
BOKOR
RUPPEL &
BURNS, LLP

COUNSELORS AT LAW          TAMPA • CLEARWATER • ST. PETER

SunTrust N.
401 EAST JACKSON STREET,
TAMPA, FLO
TELEPHONE (81
Facsimile (81

Email: scott@jpfirm.com
FILE NO. 69057.144666

June 8, 2020

**VIA EMAIL**

Jonathan J. Brennan, Esq.
Maynard, Cooper & Gale, P.C.
The Fred F. French Building
551 Fifth Avenue, Suite 2000
New York, New York 10176

   Re:    Beverley B. Schottenstein v. J.P. Morgan Securities, LLC, et al.

Dear Jon:

   I write this letter to demand that you instruct your clients, Evan Schottenstein and Avi
Schottenstein, to cease contacting or attempting to contact Beverly Schottenstein or Dawn
Henry.  On June 5, 2020, Mrs. Schottenstein reported to me that on June 5, 2020, while
Ms. Henry was out running errands, Avi Schottenstein repeatedly rang the doorbell for the back
door of Mrs. Schottenstein's condominium and then began banging loudly on the back door.
Mrs. Schottenstein did not know who was at her back door, but believed that it might be a
member of the security staff for her condominium.  She opened the back door and Avi
Schottenstein was there and pushed his way into Mrs. Schottenstein's condominium, saying his
older brother, Isaac, was dead.  That statement was shocking and extremely upsetting to
Mrs. Schottenstein.  Avi Schottenstein later admitted that his statement was false and that ██████
was in the hospital.  Avi Schottenstein refused to leave Mrs. Schottenstein's condominium and
repeatedly requested that she drop her arbitration case.  Mrs. Schottenstein told Avi
Schottenstein that she would do no such thing and after several minutes, Avi Schottenstein left
Mrs. Schottenstein's condominium as she had repeatedly requested.

   In addition, on June 5, 2020, Evan Schottenstein called Dawn Henry on her cell phone
two times.  He repeatedly requested that Mrs. Schottenstein drop her arbitration case.

   Your clients' conduct is unconscionable and it must cease.  They are clearly attempting
to put psychological pressure on Mrs. Schottenstein to drop her valid and serious claims against
them and J.P. Morgan Securities, LLC.  Please direct your clients to cease telephoning

-
Scott C. Ilgenfritz, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
401 E. Jackson Street, Suite 3100
Tampa, Florida 33602

       Re:   Beverley B. Schottenstein v. J.P.
             Morgan Securities, LLC et al.
             **(FINRA Dispute Resolution Case**
             **No. 19-02053)**

Dear Scott:

       This letter responds to you letter dated
June 8, 2020.  Simply put, the facts in your letter





iMessage




Cathy >

Scott C. Ilgenfritz, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
401 E. Jackson Street, Suite 3100
Tampa, Florida 33602

Re:   Beverley B. Schottenstein v. J.P.
        Morgan Securities, LLC et al.
        (FINRA Dispute Resolution Case
        No. 19-02053)

Dear Scott:

        This letter responds to you letter dated
June 8, 2020.  Simply put, the facts in your letter
are wrong and the demand by you for action on
my part is entirely without merit.

        For the past five months my clients have
been staying at their family apartment in Bal
Harbour, FL, which is located one floor beneath
the apartment owned by their grandmother, and
your       client,      Beverley      Schottenstein.
Notwithstanding this physical proximity, and with
the exceptions of this past Friday, my clients have
not tried to contact Mrs. Schottenstein once during

        On the morning of Friday, June 5, 2020,
███████████, my clients' brother and your
client's grandson, suffered multiple organ failure
and was rushed to a New York City hospital by
ambulance. He was admitted to the intensive care
unit in critical condition and remains hospitalized.
His condition was, and remains, life threatening.

        Shortly after hearing this news, Avi
Schottenstein decided that this was news his
grandmother should hear.   As such, Mr.
Schottenstein, his wife, and two children, rang the
doorbell to Mrs. Schottenstein's apartment a total
of two times.  Ms. Schottenstein asked who was
there and Mr. Schottenstein clearly identified

   iMessage  



Cathy >

Shortly after hearing this news, Avi Schottenstein decided that this was news his grandmother should hear. As such, Mr. Schottenstein, his wife, and two children, rang the doorbell to Mrs. Schottenstein's apartment a total of two times. Ms. Schottenstein asked who was there and Mr. Schottenstein clearly identified himself several times before Mrs. Schottenstein opened the door. Mr. Schottenstein told his grandmother about his brother ████'s condition and his admission to the hospital.

Mrs. Schottenstein replied that she had been ordered by her lawyers not to speak with Avi but that she wanted to hear more about her grandson's condition. Contrary to the assertions made in your letter, Mr. Schottenstein and his family did not push his way into Mrs. As they were leaving Mrs. Schottenstein told Avi Schottenstein that she had a "nice time," but that she will "get in trouble" for seeing him. Mrs. Schottenststein has made it clear that having no contact with her sons and grandsons is a result of her lawyers' wishes, not her own. Notwithstanding that for the past five months Mrs. Schottenstein and her grandsons have lived in the same apartment building, my clients have respected these wishes as if they were those of their grandmother. They will continue to do so.

Finally, in response to your threats to "file complaints with the appropriate legal authorities," I would like to take this opportunity to remind you of the arbitration agreement signed by Mrs. Schottenstein. Please be advised that any attempt by your client to circumvent the jurisdiction of FINRA or the authority of this panel, will be met with a full request for sanctions.

CONFIDENTIAL Avi & Evan Schottenstein 3325

TAB 100, PAGE 47





**Cathy** >

Finally, in response to your threats to "file complaints with the appropriate legal authorities," I would like to take this opportunity to remind you of the arbitration agreement signed by Mrs. Schottenstein. Please be advised that any attempt by your client to circumvent the jurisdiction of FINRA or the authority of this panel, will be met with a full request for sanctions.

Schottenstein asked about ▮▮▮▮'s condition and Mr. Schottenstein relayed all of the facts he had at that time. Mrs. Schottenstein then met and held her great granddaughter, ▮▮▮▮, for the first time.

While the subject of the arbitration came up, Avi Schottenstein never told Mrs. Schottenstein she needed to drop her case. Instead, when speaking about the arbitration, Mrs. Schottenstein seemed very confused about the nature of her claims and her rationale for bringing them. In fact, Mrs. Schottenstein made it clear that one of the main reasons she was suing is because she has been led to believe that Evan Schottenstein is somehow preventing her daughter, Randee Schottenstein, from visiting. Mrs. Schottenstein believes that if Randee tries to visit her, Evan Schottenstein would somehow have Randee committed to a mental institution. These claims are, of course, false. In light of all of this, Mr. Schottenstein simply reminded his grandmother that she is the client and her attorneys work for her, not the other way around. Mrs. Schottenstein then spent a few minutes playing with her great-grandchildren and, after a

    iMessage  

**CONFIDENTIAL Avi & Evan Schottenstein 3326**

**TAB 100, PAGE 48**





**Cathy** ›

claims are, of course, false. In light of all of this, Mr. Schottenstein simply reminded his grandmother that she is the client and her attorneys work for her, not the other way around. Mrs. Schottenstein then spent a few minutes playing with her great-grandchildren and, after a



JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
COUNSELORS AT LAW

Scott C. Ilgenfritz
SunTrust Financial Centre
401 EAST JACKSON STREET, SUITE 3100
TAMPA, FLORIDA 33602
TELEPHONE: (813) 225-2500
Facsimile: (813) 223-7118

TAMPA • CLEARWATER • ST. PETERSBURG

Email: scott@jpfirm.com
FILE NO. 69057.144660

June 18, 2020

**VIA EMAIL**

Jonathan J. Brennan, Esq.
Maynard, Cooper & Gale, P.C.
The Fred F. French Building
551 Fifth Avenue, Suite 2000
New York, New York 10176

Re:   Beverley B. Schottenstein v. J.P. Morgan Securities, LLC, et al.

Dear Jon:

I write in response to your letter dated June 12, 2020. The version of events set forth in your letter concerning how Avi Schottenstein gained access to Mrs. Schottenstein's condominium, what transpired while he was there, and what was said between Avi Schottenstein and Mrs. Schottenstein while he was there are plainly and simply false. There is no point in detailing each and every falsehood set forth in your letter. Suffice it to say that Mrs. Schottenstein denies and categorically rejects the version of events set forth in your June 12, 2020, letter and reaffirms the accuracy of the actual facts set forth in my June 8, 2020, letter.

Mrs. Schottenstein has requested that I reiterate to you that she wishes to have no contact whatsoever with either of your clients or their parents. The same is true for Ms. Henry. Those are the wishes of Mrs. Schottenstein and Ms. Henry and are not any directive from Mrs. Schottenstein's attorneys.

Jonathan J. Brennan, Esq.

I have many more pages of police threats from Ilgenfritz, but don't want to bug you with all this

**CONFIDENTIAL Avi & Evan Schottenstein 3327**



**7:39 AM**

Verizon LTE    93%



Cathy ›

I have many more pages of police threats from Ilgenfritz, but don't want to bug you with all this

Sorry...I'm trying to set up ██████'s computer for virtual school which is why I'm delayed with my responses. The whole thing with nanny is a disaster. Do you have any older pics with you and nanny and avi where you're all happy before the lawsuit? Maybe in Florida or ny? I just want to give her photographic evidence of more normal days.

Just this one that I sent you, and Avi is not in it.  I'll see if there's anything more recent on any of our phones

I also have Avi's tax return showing he just made $20,000

        iMessage    




**Cathy** >

I also have Avi's tax return showing he just made $20,000 (combined for 2019 from all clients), he was making very little at his job and never traded for her. It's not right what she did to him

Yeah because she has this totally negative attitude toward your whole family right now and I think this could help

She's made about his wedding, so that's why she took it out on him.

* Mad about his wedding in Israel



iMessage

 Verizon LTE 7:39 AM 93%



Cathy ›

* Mad about his wedding in Israel



When I go next to Ohio I'll send a picture of Randee's wedding in Israel

She was definitely mad about that- what about any pics with her and avi and ████ before the wedding? The swing set

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3330

TAB 100, PAGE 52





Cathy ›

She was definitely mad about that- what about any pics with her and avi and ██████ before the wedding? The swing set one is too old- she knows that one. I mean like recent images but before the current lawsuit

On your phone?

In the Florida condo?

I'll see what I can find

I really think that could help if I speak to her about them

thanks

Because right now just talking is not working because she is also very mad at your mom and says she made her give you her account and mad at your dad because he took her jewelry

      iMessage   

CONFIDENTIAL Avi & Evan Schottenstein 3331

TAB 100, PAGE 53



Cathy >

Because right now just talking is not working because she is also very mad at your mom and says she made her give you her account and mad at your dad because he took her jewelry

So just you and avi more recently could help

My mom never once talked to her about her account

It started with her being mad at Keith Nason at the Fifth Third bank and then Andrew Klinger at Keybank (McDonalds) for losing $100,000 on $500,000 and then Jack Fay retired and her being jealous of him having a private plane with "her money" and swapping her all these annuities. And her being mad at Robert Francetti for selling her out of a fund...

iMessage

CONFIDENTIAL Avi & Evan Schottenstein 3332

TAB 100, PAGE 54




**Cathy** ›

It started with her being mad at Keith Nason at the Fifth Third bank and then Andrew Klinger at Keybank (McDonalds) for losing $100,000 on $500,000 and then Jack Fay retired and her being jealous of him having a private plane with "her money" and swapping her all these annuities. And her being mad at Robert Francetti for selling her out of a fund... that's how I accumulated all these accounts

And then your dad lost a lot in Fannie Mae bankruptcy, Citigroup in the recession, GM bankruptcy, Phoenix preferreds and she says I'm moving the Schwab account

The box she said she wanted my dad to have. She first made him a joint owner and then said randee deesn't deserve it and

iMessage



.ıll Verizon LTE          7:40 AM          92% ▬



Cathy >

The box she said she wanted my dad to have. She first made him a joint owner and then said randee doesn't deserve it and she wants him to have it. Years later Randee asks for it and it's like she has amnesia

My mom was like her "free nurse." She found her all her doctors and brought her to Cleveland when bal Harbour was evacuated in the hurricane a few years ago. She got her eyes better with a surgery in Ohio and saved her life two years ago in the hospital. The Nurse said nanny should sleep and my mom said she needs a doctor. I have notes on that. I can tell you more on the phone.



  iMessage 




Cathy >



Me as a little kid

my first year out of Columbus

Looking what I else I can find from the good times

Maybe any pics from ████'s bris? You were all there...any pics from that with nanny?

In nyc

I can't find from the Bris, it accidentally got erased on an old laptop, unless I can find the digital camera memory card somewhere in this apt

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3335

TAB 100, PAGE 57



Cathy >

> I can't find from the Bris, it accidentally got erased on an old laptop, unless I can find the digital camera memory card somewhere in this apt

> Isaac was trying to save memory on the computer and it got erased

Your dad might have taken some pics then I don't know- there has to be something more recent!

You don't have any pics of nanny with you and/or avi? I'm sure your dad does, no?

> My mom has maybe 100 photos of her and my dad

> Her my dad and nanny

> In Cleveland and Florida

    iMessage   



Cathy ›

In Cleveland and Florida

I just think nanny with the grandsons would be good for her to see and could soften things



There's a lot with my parents let me see if there's with us



CONFIDENTIAL Avi & Evan Schottenstein 3337

TAB 100, PAGE 59




Verizon LTE   7:40 AM   92%

Cathy >







iMessage


CONFIDENTIAL Avi & Evan Schottenstein 3338

TAB 100, PAGE 60



Verizon LTE          7:40 AM          92%



Cathy >



These are good- we just need one with you too more recent and then I'll call her and send them

I'll see what I can find

Fri, Sep 4, 1:17 PM

I was just thinking- maybe you have a good pic from Israel during ▓▓▓▓▓ bar mitzvah trip? I wasn't there but everyone else was, even my dad

    iMessage  

**CONFIDENTIAL Avi & Evan Schottenstein 3339**

**TAB 100, PAGE 61**



Cathy >

Fri, Sep 4, 1:17 PM

I was just thinking- maybe you have a good pic from Israel during █████ bar mitzvah trip? I wasn't there but everyone else was, even my dad

It's back home in Cleveland

I can't reach Avi, but maybe he has on his phone

Isn't your dad in Cleveland now?

He came back to NY for the █████ wedding.  It was last night in Great Neck.  It was also █████ niece's wedding (he's married to his first cousins sister in law)

our second cousin (█████ █████ from Wolf and Lamb

iMessage



Cathy >

our second cousin ████████ ████████ from Wolf and Lamb Restaurant) daughter

Fri, Sep 4, 3:52 PM

My feeling is it could be good to have one or two photos of you and avi with nanny that I can show her and use as a jumping off point to discuss peace in the family because right now she talks to her lawyers every day with dawn and no one else is around

Thanks my brother cut me off on the phone that he's busy running errands for Shabbos, but I'll try, I mentioned it and he said he does have

I just went for my first ride on a Citi bike and got stung twice on my neck by a bee. I have the worst luck!

  iMessage 



Cathy >

I just went for my first ride on a Citi bike and got stung twice on my neck by a bee.  I have the worst luck !

Ugh! Well hopefully now that things are coming to a head there will be a resolution

Here's a picture from Empire State Building when nanny changed over the 303 W66th St apt to Avi and Alexis was a witness!



iMessage


Verizon LTE   7:41 AM   92%



CS

Cathy ›



Alexis and nanny claim they were lead to believe that nanny was signing paperwork so avi would start paying the fees and taxes, not turning over the entire property

Impossible, the only reason to go to the Empire State Building

      iMessage   

CONFIDENTIAL Avi & Evan Schottenstein 3343

TAB 100, PAGE 65




Cathy >

Impossible, the only reason to go to the Empire State Building is to change over the apt (change the co-op shares) to Avi's name. The building only uses one attorney (the buildings contracted one) and nanny had to go in front of the board to express her consent in person

She brought Alexis and rubbed it in her face and then afterwards took her across to Macy's and got her a ton of clothes

What did Alexis do during all this? Was she mad?

She was jealous

After that she was nonstop bugging nanny to buy her a condo

  iMessage 



Cathy >

> After that she was nonstop bugging nanny to buy her a condo

> Nanny would say no, and put the blame on me that Evan wouldn't let me get you one

That's why Alexis started all this. She wanted a condo

> I even went along to open houses of apartments Alexis wanted and Nanny said she didn't deserve it.

> But nanny did pay her rent and several luxury Apts: 1) Times Sq, 2)West New York in NJ, 3) London, 4) Sessanta in Lincoln center (which Avi and I found Alexis) 5) London, 6) Israel

Alexis is a spoiled brat

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3345

TAB 100, PAGE 67





Cathy

Alexis is a spoiled brat

It would take me hours of your time to go through it all with her, I'm not gonna bother you with it now. She and her mother got the most of everyone

and they stole

I know it

Well can you use that in the trial?

Possibly



  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3346

TAB 100, PAGE 68



**Cathy** ›



Yes this is good! Any more like this? As this is Florida?

Yes

Btw Alexis told everyone  is not allowed in the state of Florida- is that true?

what does he have to do with anything, they're such gossip

iMessage

**CONFIDENTIAL Avi & Evan Schottenstein 3347**

**TAB 100, PAGE 69**





CS

Cathy >

what does he have to do with anything, they're such gossip mongers

Alexis is the one who tells everyone that

They should have pity on him, he has disability

I agree completely. I feel bad for him

He needs to see someone

He's on the spectrum, I think Aspergers

he's also very low self esteem as he's turning 40 next month, no wife and kids, no friends

It's really sad

He needs to be taken care of

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3348

TAB 100, PAGE 70




**Cathy** ›

It's really sad

He needs to be taken care of





I can get clearer picture





iMessage

**CONFIDENTIAL Avi & Evan Schottenstein 3349**

**TAB 100, PAGE 71**

Verizon LTE   7:42 AM   92%



Cathy >

I can get clearer picture images. Just in a rush for Shabbos, but that's what I could find quickly

These are good- yes anything you get clearer send me and I can do this Sunday then

Thanks again.  Shabbat Shalom

You too!

Btw if you find anyone who has the horse and buggy shot please let me know- ████ really wants that one

Sat, Sep 5, 1:11 PM

Or the governor one

Sat, Sep 5, 7:27 PM

Of course

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3350

TAB 100, PAGE 72



Cathy ›

Sat, Sep 5, 7:27 PM

Of course

The picture was with this governor



**Jim Rhodes**

CONFIDENTIAL Avi & Evan Schottenstein 3351

TAB 100, PAGE 73


Verizon LTE 7:42 AM 91%


CS

Cathy >



**Jim Rhodes**
wikipedia.org

Sun, Sep 6, 7:31 AM

Good morning. I've been looking all over online for that photo of Ephraim in a horse and

CONFIDENTIAL Avi & Evan Schottenstein 3352

TAB 100, PAGE 74

Case 1:21-cv-40524-BB Document 76-30 Entered on FLSD Docket 03/07/2022 Page 75 of 79



Cathy ›

Sun, Sep 6, 7:31 AM

Good morning. I've been looking all over online for that photo of Ephraim in a horse and buggy. I couldn't find it, but I found some other interesting ones



The American Greetings card company, founded in Cleveland, also began that way. The founder, Jacob Sapirstein sold them out of a horse and buggy. He was a Jewish and his grandchildren and great grandchildren went to my

iMessage

CONFIDENTIAL Avi & Evan Schottenstein 3353

TAB 100, PAGE 75



Cathy >

The American Greetings card company, founded in Cleveland, also began that way. The founder, Jacob Sapirstein sold them out of a horse and buggy. He was a Jewish and his grandchildren and great grandchildren went to my synagogue.

The image I sent isn't the original photo, as even the company can't find one, but a artist rendering for an advertisement they use of its roots

Jacob Sapirstein coincidentally is remembered in an Artscroll book publication of commentator Rashi on the Torah. Same publishing company of the Schottenstein Talmud

  iMessage 

CONFIDENTIAL Avi & Evan Schottenstein 3354

TAB 100, PAGE 76



Cathy >

Jacob Sapirstein coincidentally is remembered in an Artscroll book publication of commentator Rashi on the Torah. Same publishing company of the Schottenstein Talmud





**7:42 AM**

**CS**

Cathy ›





Still a family-run company, American Greetings was founded in

  iMessage 



CS

Cathy >



Still a family-run company, American Greetings was founded in 1906 by Jacob Sapirstein, who sold cards from a horse-drawn cart. The cards sold out instantly and the rest (like they say in Hollywood) is history!

That's interesting- the story is extremely similar. Thank you for looking so much!

And our families know each other

I think Jay must have gotten them involved with Artscroll. Jacob Sapirstein's son, Irving Stone, also dedicated the Artscroll Chumash (Stone Edition). Most synagogues and temples use it today, it's a blue



iMessage