Filing # 105044126 E-Filed 03/17/2020 05:42:10 PM

IN THE COUNTY COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

DONNA GREENSPAN SOLOMON and
MARK SOLOMON,

    Plaintiffs,

vs.

STATE FARM FLORIDA INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, DONNA GREENSPAN SOLOMON and MARK SOLOMON, by and through the undersigned counsel, hereby sue Defendant, STATE FARM FLORIDA INSURANCE COMPANY, and state as follows:

### GENERAL ALLEGATIONS

1. This is a claim for monetary damages in excess of $15,001.00 but less than $30,000.00, exclusive of all interest, costs and attorney's fees.

2. Plaintiffs are the owners of a home located at ████████████████████ ████████████████████████████ and are otherwise sui juris.

3. Defendant is in the business of selling homeowner's insurance to Florida homeowners like Plaintiffs, and is otherwise sui juris for purposes of this action.

4. Venue is appropriate in Palm Beach County, Florida because the subject loss occurred in Palm Beach County, Florida.

5. Defendant issued an insurance policy, policy number ▓▓▓▓ ("the Policy"), to Plaintiffs which provided insurance coverage to Plaintiffs' home. A copy of the Policy is attached hereto as Exhibit "A."

6. The Policy was in full force and effect from January 11, 2019 through January 11, 2020.

7. The Policy provided insurance coverage for damage to or the physical loss of property located at ▓▓▓▓

8. On or about December 18, 2019, a roof leak caused substantial damage to Plaintiffs' property located at ▓▓▓▓

9. Plaintiffs gave timely notice of the subject loss and Defendant opened the claim under claim number ▓▓▓▓

10. On or about March 13, 2020, Defendant advised it was denying payment of Plaintiffs' claim.

11. As of the date of this lawsuit, Defendant has failed to pay the covered losses to Plaintiffs' property and other coverage provided under the Policy, notwithstanding the fact that demand was made for payment.

12. Plaintiffs have performed and complied with all applicable conditions precedent to the filing of this lawsuit or any applicable conditions precedent were waived.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff alleges and avers all of the allegations contained in paragraphs 1 through 12 above as if fully set forth herein.

14. Based on the Policy, Defendant was required to pay for the cost to reimburse,

repair or replace the subject property that was damaged by the roof leak.

15. Defendant's failure to pay Plaintiffs' claim constitutes a breach of the insurance Policy.

16. As a direct result of Defendant's breach of contract, Plaintiffs have sustained economic damages, including but not limited to: damaged and destroyed property, repair bills incurred and to be incurred, etc., all of which are covered under the Policy.

17. As a result of Defendant's breach, Plaintiffs were forced to retain undersigned counsel and have reached an agreement with them regarding the payment of attorney's fees and case expenses. Accordingly, Plaintiffs are entitled to reasonable attorney's fees pursuant to § 627.428, Fla. Stat., or other applicable statute(s).

WHEREFORE, Plaintiffs, DONNA GREENSPAN SOLOMON and MARK SOLOMON, respectfully request this Court award judgment for damages, interest on amount due based on the Policy, attorney's fees and costs, and demand a trial by jury on all issues so triable as a matter of right by jury.

Dated this 17th day of March, 2020.

Respectfully submitted,

KAPLAN LAW GROUP, P.A.
Counsel for Plaintiffs
6041 Johnson Street
Hollywood, FL 33024
Telephone: (954) 985-0404
Facsimile: (954) 985-0959
Primary email: receptionist@thekaplanlawgroup.com
Secondary email: mkaplan@thekaplanlawgroup.com

By: /s/Michael Kaplan
    Michael D. Kaplan, Esquire
    Fla. Bar No. 149586