# Arbitrator Disclosure Report

Arbitrator last affirmed the accuracy of this Disclosure Report on  11/09/2020

## ARBITRATOR

| | | | |
|---|---|---|---|
| **Name:** | Ms. Donna Greenspan Solomon | **Classification:** | Public |
| **Arbitrator ID:** | A58552 | **FINRA Mediator:** | |
| **CRD #:** | | **Chair Status:** | Qualified |
| **City/State/Country:** | Boynton Beach / FL / United States | **DR Portal Registered:** | Yes |

**Injunctive Qualified -**  This arbitrator is an attorney and has reported experience litigating cases involving injunctive relief.

## EMPLOYMENT

| Start Date | End Date | Firm | Position |
|---|---|---|---|
| 09/2017 | Present | Shepard Broad College of Law | Adjunct Professor |
| 07/2011 | Present | Solomon Appeals, Mediation and Arbitration | President |
| 07/2011 | Present | Donna Greenspan Solomon, PA | President |
| 04/2009 | 06/2011 | Schwarzberg & Associates | Partner |
| 01/2002 | 01/2003 | Shepard Broad College of Law | Adjunct Professor |
| 07/1997 | 03/2009 | Edwards Angell Palmer & Dodge | Counsel |
| 07/1995 | 07/1997 | Fourth District Court of Appeal | Law Clerk |
| 05/1995 | 07/1995 | Unemployed | N/A |
| 05/1994 | 08/1994 | Greenberg Traurig LLP | Summer Intern |
| 05/1993 | 09/1993 | US District Court, Southern District | Summer Intern |
| 08/1990 | 08/1992 | American Express Travel Related Services Co., Inc. | Sr. Financial Systems Analyst |
| 05/1987 | 08/1990 | Intercontinental Bank | Assistant Vice President/Mgr |
| 06/1985 | 05/1987 | Unemployed | N/A |
| 04/1983 | 06/1985 | Penn Central Corporation | Manager |
| 09/1981 | 04/1983 | Chicago Pneumatic Tool Company | Staff Auditor |
| 07/1979 | 09/1981 | Price Waterhouse and Co. | Staff Accountant |

## EDUCATION

| Start Date | End Date | School | Degree |
|---|---|---|---|
| 08/1992 | 05/1995 | Nova Southeastern University Shepard Broad Law Ctr | JD |
| 09/1983 | 05/1985 | Lubin Graduate School of Business at Pace Univ. | MBA Finance |
| 09/1975 | 05/1979 | SUNY Binghamton | BS Accounting |

## TRAINING

| Completed | Description | Details | Firm/School | Hours | Location |
|---|---|---|---|---|---|
| 07/2018 | New Chairperson Training [FINRA] | | FINRA | 6 | online |

| Date | Training | Type | Provider | Hours | Location |
|---|---|---|---|---|---|
| 10/2012 | Live Video Basic Panel Training | | FINRA | 4 | live WebEx |
| 09/2012 | Online Basic Panel Training | | FINRA | 11 | online |
| 09/2012 | Expungement online revised - 3/2009 | | FINRA | 1.5 | online |
| 10/2011 | Mediation Training | Family Mediation Training | Mediation Training Group, Inc. | 40 | Boca Raton, FL |
| 09/2011 | Non-Securities Related Training | Arbitrator Training | Florida Supreme Court | 6 | Lauderhill, FL |
| 08/2011 | Mediation Training | Circuit Civil Mediation Training | Mediation Training Group | 40 | Ft. Lauderdale, FL |

## DISCLOSURE/CONFLICT INFORMATION

| Type | Firm Name | Details |
|---|---|---|
| Family Member has relationship with | E*Trade | Children have account |
| Has an account with | E*Trade | Investment |
| Family Member has relationship with | E*Trade | Spouse has account |
| Related Conflict With | E*Trade Clearing Llc | Conflict due to clearing relationship |
| Related Conflict With | Fidelity Brokerage Services LLC | Conflict due to a merger/acquisition |
| Family Member has relationship with | Fidelity Investments | Children have account |
| Has an account with | Fidelity Investments | Retirement/Investments |
| Family Member has relationship with | Fidelity Investments | Spouse has account |
| Was a member of | Association of Attorney-Mediators | No local chapter, so did not renew |
| Is a member of | Association of S. Florida Mediators & Arbitrators | 2011-2013 |
| Had an account with | Charles Schwab | Retirement/Investments (investments moved to Fidelity) |
| Has an account with | Chase | Personal & business credit cards and business line of credit |
| Formerly known as | Donna McKible Greenspan | 1982-2007 |
| Family member had relationship with | Fidelity Investments | Mother had account |
| Licensed to Practice Law in | Florida | #059110 |
| Is a Member of Bar Association | Florida | Alternative Dispute Resolution Section |
| Is a Member of Bar Association | Florida | Appellate Practice and Advocacy Section |
| Is a Member of Bar Association | Florida | Business Law Section |
| Is a Member of Bar Association | Florida | Business Litigation Certification Committee (2013-2016) |
| Was a Licensed | Florida | CPA (inactive) |
| Is a Member of Bar Association | Florida | General Practice Section |
| Is a Member of Bar Association | Florida | Trial Lawyers Section |
| Arbitrator for | Florida | Volunteer Arbitrator for Grievance Mediation and Fee Arbitration Program |

©2020 FINRA. All rights reserved.  FINRA Dispute Resolution Services    Arbitrator ID: A58552

| | | |
|---|---|---|
| Is a member of | Florida Academy of Professional Mediators, Inc. | (2011-2015) Amer. Inns of Ct. (Emeritus, 2012-13; Comember chair 2000-01; Sm. Group Leader 1999-2000 |
| Is a member of | Florida Association for Women Lawyers (FAWL) | Palm Beach Chapter President 2001; VP 2000, Treasurer 1999 |
| Arbitrator for | Florida Supreme Court | Appointed to Committee on Standard Jury Instructions - Contract and Business Cases |
| Has made a disclosure about | Florida Supreme Court | Certified Circuit Mediator, Certified Appellate Mediator, Certified Family Mediator |
| Disclosed Online Activities | Linkedin | https://www.linkedin.com/in/solomonadr/ |
| Received Honors | Martindale Hubbell | "AV" Rating |
| Formerly known as | McKible | 1957-1982 |
| Disclosed Online Activities | Mediation.com | www.mediation.com/memberprofile/donna--greenspansolomon-33316-56.aspx |
| Was a Licensed | New York | CPA (inactive) |
| Is a member of | Nova Law Alumni | Palm Beach Chapter President (2012-2014) |
| Disclosed Online Activities | Nova Southeastern University | www.law.nova.edu/faculty/adjunct-faculty/solomon-donna.html |
| Is a Member of Bar Association | Palm Beach County Florida | |
| Is a Member of Bar Association | Palm Beach County Florida | Alternative Dispute Resolution Committee |
| Was a Member of Bar Association | Palm Beach County Florida | Appellate Practice Committee's Website Subcommittee (2013-2014) |
| Is a Member of Bar Association | Palm Beach County Florida | Appellate Practice Section |
| Is a Member of Bar Association | Palm Beach County Florida | Solo and Small Firm Practitioner's Committee |
| Has an account with | Seneca Mortgage Services | Mortgage |
| Disclosed Online Activities | Solomon Appeals, Mediation and Arbitration | https://www.solomonappeals.com/ |
| Is a member of | South Florida Mediators & Arbitrators (ASFMA) | |
| Is a Member of Bar Association | South Palm Beach County Florida | |
| Licensed to Practice Law in | US Court of Appeals, 11th Circuit | |
| Licensed to Practice Law in | US District Court | Southern, Northern, and Middle Districts of Florida |
| Licensed to Practice Law in | US Supreme Court | |
| Disclosed Online Activities | Vimeo | https://vimeo.com/78321797 |
| Has an account with | Wells Fargo | Credit card/mortgage |
| Has published | | Arbitration Case Law Update printed semi-annually in ADR Corner of Palm Beach County Bar Association |
| Disclosed Online Activities | | Business Facebook: https://www.facebook.com/SolomonAppealsMediationandArbitration/ |

| | |
|---|---|
| Non-investment related lawsuit/charge | Defendant in Savitt v. Millsaps, No. 15 CA 005119, 15 Judicial Cir, PB Cty, dismissed with prejudice |
| Non-investment related lawsuit/charge | Defendant in lawsuit against law firm of Edwards, Angell Palmer & Dodge, No.2006CA011417NC settled |
| Has published | Numerous articles related to business |
| Non-investment related lawsuit/charge | Petitioner in guardianship suit in Florida, dismissed with prejudice |
| Non-investment related lawsuit/charge | Plaintiff in Greenspan v. Greenspan, No.502007DR012249XXXXSB,15 Judicial Cir, Plm Beach Cnty settled |
| Non-investment related lawsuit/charge | Plaintiff in Greenspan v. Aberdeen, No.502010CA021585XXXXMB,15th Judicial Cir, Plm Beach cnty settled |

## PUBLICLY AVAILABLE AWARDS FOR CASES INVOLVING PUBLIC CUSTOMERS

Publicly Available Awards for Cases Involving Public Customers Section, Current as of 11/12/2020

| Case ID | Case Name | Close Date | Role |
|---|---|---|---|
| 18-00458 | David Kolasa vs. Merrill Lynch, Pierce, Fenner & Smith, Inc. | 04/17/2020 | Panelist |
| 18-01530 | Thomas Bardon and Gail Bardon vs. Merrill Lynch, Pierce, Fenner and Smith, Inc. and Jesus Romero | 07/22/2019 | Panelist |
| 17-01700 | Eugene Sessa vs. J.H. Darbie & Co., Inc. and Spencer David Laufer | 05/14/2018 | Panelist |
| 12-03600 | Stephen R. Fleischer vs. Citigroup Global Markets, Inc., f/k/a Citicorp Investment Services | 08/13/2014 | Panelist |

## PUBLICLY AVAILABLE AWARDS FOR CASES NOT INVOLVING PUBLIC CUSTOMERS

Publicly Available Awards for Cases NOT Involving Public Customers Section, Current as of 11/12/2020

| Case ID | Case Name | Close Date | Role |
|---|---|---|---|
| 19-00159 | Wells Fargo Clearing Services, LLC vs. Gerardo Ivan Castillo | 05/22/2019 | Chair |
| 15-00880 | Deborah J. Adeimy vs. Merrill Lynch, Pierce, Fenner & Smith, Inc. | 11/04/2016 | Panelist |

## CASES CURRENTLY ASSIGNED INVOLVING PUBLIC CUSTOMERS

| Case ID | Parties and Current Representatives of Record | Date Assigned | Role |
|---|---|---|---|
| 20-02357 | Customer (Counsel: Mr. Peter Ticktin, Esq., Deerfield, FL) vs. Michael Alan Bluestein (Counsel: Mr. Michael Alan Bluestein, Boca Raton, FL); Questar Capital Corporation (Counsel: Gavin F. Quill, Esq., Des Moines, IA) | 10/12/2020 | Chair |
| 20-02331 | Customer (Counsel: Mr. Adam T. Rabin, Esq,, West Palm Beach, FL) vs. Ameriprise Financial Services, LLC (Counsel: Sydney Crowder, Esq., Minneapolis, MN) | 10/26/2020 | Chair |
| 20-00854 | Customer (Counsel: Mr. Edward H. Glenn, Jr., Esq., New York, NY) vs. Merrill Lynch Pierce Fenner & Smith Inc. (Counsel: Kathryn B. Rockwood, Esq., Florham Park, NJ) | 06/03/2020 | Chair |
| 20-00566 | Customer (Counsel: Mr. Scott L. Silver, Esq., Coral Springs, FL) vs. Madison Avenue Securities, LLC (Counsel: Mr. Lloyd R. Schwed, Esq., Palm Beach Gardens, FL); Andrew Montgomery Costa (Counsel: Ms. Katherine A. Coba, Esq., Miami, FL) | 05/06/2020 | Panelist |

| Case | Parties | Date | Role |
|---|---|---|---|
| 20-00072 | Customer (Counsel: Mr. Randall C. Place, Esq., Aventura, FL) vs. Oppenheimer & Co., Inc. (Counsel: Mr. John T. McGuire, New York, NY); Foreside Fund Services, Llc (Counsel: Mr. Christopher T. Roach, Esq., Portland, ME); Michael Robert Greenfield (Counsel: Mr. Mark S. Simms, Esq., Fort Lauderdale, FL) | 03/24/2020 | Chair |
| 19-03685 | Customer (Counsel: Mr. Adam J. Weinstein, Esq., New York, NY) vs. Wells Fargo Clearing Services, LLC (Counsel: Ms. Patricia E. Cowart, Esq., Fort Lauderdale, FL) | 03/05/2020 | Chair |
| 19-03643 | Customer (Counsel: Mr. Jeffrey R. Sonn, Esq., Aventura, FL) vs. UBS Financial Services Inc. (Counsel: Kathryn R. Eldridge, Esq., Birmingham, AL) | 03/05/2020 | Panelist |
| 19-02648 | Customer (Counsel: Mr. Omar Sanchez Pagan, Esq., San Juan, PR) vs. UBS Financial Services Inc. (Counsel: Ms, Jamie L. Berger, Esq., New Orleans, LA); UBS Financial Services Inc. Of PR (Counsel: Mr. Roberto C. Quiñones, Esq., San Juan, PR) | 12/05/2019 | Panelist |
| 19-02616 | Customer (Counsel: Mr. Jeffrey R. Sonn, Esq., Aventura, FL) vs. Hennion & Walsh, Inc. (Counsel: Mr. Mark L. Parmelee, Esq., White Plains, NY) | 11/05/2020 | Panelist |
| 19-02508 | Customer (Counsel: Mr. Steven Toskes, Esq., Boca Raton, FL) vs. Popular Securities, LLC. (Counsel: Nathan W. Lamb, Esq., Chicago, IL) | 11/25/2019 | Chair |
| 19-02182 | Customer (Counsel: Ms. Veronica Irizarry-Baez, Esq., San Juan, PR) vs. Santander Securities LLC (Counsel: Frances R. Pesquera, Esq., San Juan, PR) | 10/21/2019 | Panelist |
| 19-02053 | Customer (Counsel: Mr. Scott C. Ilgenfritz, Esq., Tampa, FL) vs. J.P. Morgan Securities, LLC (Counsel: Ms. Gabrielle L. Gould, Esq., New York, NY); Evan A. Schottenstein (Counsel: Mr. Jonathan J. Brennan, Esq., New York, NY); Avi Elliot Schottenstein (Counsel: Mr. Robert C. Harris, Esq., Coral Gables, FL) | 10/09/2019 | Chair |
| 19-01878 | Customer (Counsel: Mr. Francisco Pujol, Esq., San Juan, PR); Customer (Counsel: Mr. Harold D. Vicente, Esq., San Juan, PR) vs. UBS Financial Services Inc. (Counsel: Cecilia M. Suau Badia, Esq., San Juan, PR) | 10/10/2019 | Chair |
| 19-01515 | Customer (Counsel: Mr. Osvaldo Carlo, Esq., Boca Raton, FL) vs. UBS Financial Services Inc. (Counsel: Mr. Richard J. Davis, Esq., Birmingham, AL) | 09/11/2019 | Chair |
| 19-01388 | Customer (Counsel: Mr. Jeffrey Erez, Esq., Miami, FL) vs. Oriental Financial Services Corp. (Counsel: Mr. Pedro Hernandez-Freire, Esq., San Juan, PR) | 08/01/2019 | Chair |
| 19-01386 | Customer (Counsel: Mr. Jeffrey Erez, Esq., Miami, FL) vs. Popular Securities, LLC. (Counsel: Mr. Nathan W. Lamb, Esq., Chicago, IL) | 08/06/2019 | Chair |
| 19-00305 | Customer (Counsel: Mr. Osvaldo Carlo, Esq., Boca Raton, FL) vs. UBS Financial Services Inc. (Counsel: Mr. Lance W. Waters, Esq., New Orleans, LA) | 04/10/2019 | Panelist |
| 18-04213 | Customer (Counsel: Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. UBS Financial Services Inc. (Counsel: Guillermo J. Bobonis, Esq., San Juan, PR) | 04/29/2019 | Panelist |
| 18-04063 | Customer (Counsel: Mr. Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. Popular Securities, LLC. (Counsel: Mr. Jason R. Aguilo Suro, Esq., San Juan, PR) | 03/13/2019 | Panelist |
| 18-03507 | Customer (Counsel: Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. UBS Financial Services Inc. (Counsel: Brian J. Ellis, Esq., Florham Park, NJ) | 02/07/2019 | Chair |
| 18-03322 | Customer (Counsel: Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. Santander Securities LLC (Counsel: Jason R. Aguilo Suro, Esq., San Juan, PR) | 02/22/2019 | Chair |
| 18-03284 | Customer (Counsel: Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. UBS Financial Services Inc. (Counsel: Roberto Quinones Rivera, Esq., San Juan, PR) | 01/18/2019 | Panelist |
| 18-03270 | Customer (Counsel: Mr. Osvaldo Carlo Linares, Esq., Boca Raton, FL) vs. Santander Securities LLC (Counsel: Ms. Frances R. Pesquera, Esq., San Juan, PR) | 12/07/2018 | Chair |
| 18-02437 | Customer (Counsel: Mr. Harold D. Vicente Colon, Esq., San Juan, PR) vs. Santander Securities LLC (Counsel: Maria D. Bertolez-Elvira, Esq., San Juan, PR) | 09/24/2018 | Chair |
| 18-02332 | Customer (Counsel: Mr. Matthew Thibaut, Esq., Palm Beach, FL) vs. HD Vest Investment Services, Inc. (Counsel: Neil S. Baritz, Esq., Boca Raton, FL); Karl Ronald Foust, Jr. (Counsel: Mr. Karl Ronald Foust, Jr., Delray Beach, FL); David Hirsch (Counsel: Robert C. Harris, Esq., Coral Gables, FL) | 10/02/2018 | Chair |

## CASES CURRENTLY ASSIGNED NOT INVOLVING PUBLIC CUSTOMERS

| Case ID | Parties and Current Representatives of Record | Date Assigned | Role |
|---|---|---|---|
| 19-02057 | Wells Fargo Clearing Services, LLC (Counsel: Mr. Craig D. Stein, Esq., Palm Beach, FL) vs. Jason Charles Jolls (Counsel: Steven Adams, Esq., Coral Gables, FL) | 12/06/2019 | Chair |

# ARBITRATOR BACKGROUND INFORMATION

I have been an attorney since 1995, when I graduated at the top of my law school class from Nova Southeastern University. After law school, I clerked for Florida Supreme Court Justice Barbara Pariente, who was then a judge at the Fourth District Court of Appeal. Following my clerkship, I was with the national law firm of Edwards Angell Palmer & Dodge for twelve years, and then became a partner with a boutique litigation firm. I opened my own practice in July 2011.

I am one of the few attorneys certified by The Florida Bar as both Appellate Expert and Business Litigation Specialist. I am a FINRA-Approved and Florida Supreme Court Qualified Arbitrator. I am a Member of the AAA's Roster of Arbitrators (Commercial Panel). I am also a Certified Circuit, Appellate, and Family Mediator. I am a Member of the Florida Supreme Court Committee on Standard Jury Instructions?Contract and Business Cases. I am a Member and Former Chair of The Florida Supreme Court Business Litigation Certification Committee.

I teach Civil Pre-Trial Practice and Appellate Practice as an adjunct professor for Shepard Broad Law Center at Nova Southeastern University. I previously taught Accounting for Lawyers. I have published numerous articles, given presentations, and participated in panel discussion in various ADR and business related-areas of the law. I am rated by Martindale Hubbell as AV Preeminent 5.0 out of 5 (its highest rating).

As a commercial litigator and appellate specialist, I have handled a wide variety of contract disputes, real estate litigation, and employment law. I have litigated insurance coverage disputes and bad faith claims involving professional liability (brokers, accountants, architects and engineers) policies, as well as errors and omissions and directors' and officers' policies.

Before becoming a lawyer, I was a CPA with an MBA in Finance. After working for Price Waterhouse in New York City, I became a Manager of Accounting and Financial Reporting for Penn Central Corporation. After moving to Florida in 1987, I became an Assistant Vice President and Manager of Financial Reporting for Intercontinental Bank in Miami, and then performed financial systems analysis for American Express before entering law school.

---

ADDITIONAL DISCLOSURE INFORMATION

I am an experienced chairperson in final hearings via Zoom.