FINANCIAL INDUSTRY REGULATORY AUTHORITY
OFFICE OF DISPUTE RESOLUTION

In the Matter of the Arbitration between

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable Trust
U/A/D/ April 5, 2011, as Amended,

                       Claimant,

        v.

J.P. MORGAN SECURITIES, LLC; EVAN A.
SCHOTTENSTEIN; and AVI E.
SCHOTTENSTEIN, Jointly and Severally,

                    Respondents.

FINRA-DR
Case No. 19-02053

**SUBPOENA FOR THE APPEARANCE OF ALEXIS E. SCHOTTENSTEIN
AND THE PRODUCTION OF DOCUMENTS PURSUANT
TO FINRA CODE OF ARBITRATION PROCEDURE RULE 12512**

**TO:**    **Alexis E. Schottenstein
c/o David A. Weintraub, Esq.
7805 S.W. 6th Court
Plantation, Florida  33324**

YOU ARE COMMANDED, pursuant to Rule 12512 of the Financial Industry Regulatory

Authority ("FINRA") Code of Arbitration Procedure (the "Code"), by the arbitration panel in this

case to give testimony in the above-captioned arbitration at FINRA Dispute Resolution, Boca

Center Tower 1, 5200 Center Circle, Suite 200, Boca Raton, Florida 33486, or any such other

location ordered by the Panel, on October 19, 2020, or on such date thereafter as determined by

Respondents' counsel, and to produce the documents described on the attached Schedule A.

You are directed to appear and produce documents by the undersigned Chairperson and

unless excused from this Subpoena, you shall appear as directed.

Page 1 of 4

Dated: _____September 15_____, 2020.

*[signature: Donna Greenspan Solomon]*
_____
Donna Greenspan Solomon, Esq.
Chairperson of the Arbitration Panel


_____
David Rich
Panelist


_____
Donald Theodore Ryce, Jr., Esq.
Panelist


FINRA Dispute Resolution
Boca Center Tower I
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486


To:   Jonathan J. Brennan
      Maynard, Cooper & Gale, PC
      The Fred F. French Building
      551 Fifth Avenue, Suite 2000
      New York, NY 10176
      *Counsel for Respondents Evan and Avi Schottenstein*

      Scott Ilgenfritz, Esq.
      Johnson Pope Bokor Ruppel & Burns LLP
      401 E. Jackson Street
      Suite 3100
      Tampa, Florida 33602
      *Counsel for Claimant*

      Gabrielle Gould, Esq.
      Goodwin, Procter LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018
      *Counsel for Respondent J.P. Morgan Securities, LLC*

**Schedule A:**

**Definitions and Instructions:**

a.       The terms "Claimant" and "her" refer to Claimant Beverley B. Schottenstein (S.S.N. XXX-XX-7966; D.O.B. June 13, 1926; 10101 Collins Ave, 5F, Bal Harbour, FL 33154).

b.       References to "you" or "your" means and includes Alexis E. Schottenstein ("Alexis Schottenstein"); any past and/or present representatives, agents, employees, consultants, attorneys, predecessors, successors or affiliates; and any person acting or purporting to act on behalf of any of them.

c.       The term "Statement of Claim" means a copy of the Statement of Claim filed on July 24, 2019 by Beverley B. Schottenstein, Individually and as Co-Trustee Under the Beverley B. Schottenstein Revocable Trust U/A/D/ April 5, 2011, as Amended with the Financial Industry Regulatory Authority.

d.       The term "January 6, 2019 Letter" means a copy of the five-page handwritten "Amendment to My Will and Trust" dated on or around January 6, 2019.

e.       The term "JPMS" means J.P. Morgan Securities, LLC, one of the Respondents in this action.

f.       The term "Chase Bank" means J.P. Morgan Chase Bank, NA.

g.       The term "document" is used in its broadest sense to include every book, document or other tangible thing, including, without limitation, the following items, whether printed, typed, recorded, filmed or produced by any process, or written or produced by hand, whether an original, a master, a duplicate or a copy, namely: agreements; communications (including emails); account documents; account statements; confirmation slips; order tickets; prospectuses; investment literature; telecopies; notes; memoranda; summaries; sound recordings; video recordings; transcriptions of telephone, personal or other conversations; interviews; meetings and conferences; tape recordings; books; manuals; publications; charts; plans; financial records; bank records; invoices; checks; desk calendars; appointment books; diaries and diary entries; and any other information-containing papers, writings, or physical things.

h.       If you withhold any documents from production based on the attorney-client privilege, the work product doctrine, or any other privilege or immunity from disclosure, you shall, with respect to each such document: (i) specifically identify the document by stating its date, subject, and type, and identifying all authors and recipients, and (ii) specify the nature of the privilege asserted and the particular request to which the document or information would otherwise respond.

i.       Unless otherwise specified in the request, the period for which documents are being requested is January 1, 2014, to the present.

## Documents Requested

1.    All photographs or video or audio recordings of Beverley Schottenstein, Dawn Henry, Avi Schottenstein, Evan Schottenstein, Robert Schottenstein, Caroline Schottenstein, Cathy Pattap, or Charles Schottenstein which reflect conversations or interactions between or among any of the above-listed individuals and which were taken or recorded between December 1, 2018, and March 15, 2019.

2.    All documents concerning the claims raised in the January 6, 2019 Letter or Statement of Claim.

3.    All documents reflecting communication with any family member, including Claimant, about the claims raised in the Statement of Claim or January 6, 2019 Letter.

4.    All documents concerning any payments or transfer of any funds or assets held by Claimant or the Trust to (i) you or (ii) Randee Schottenstein.

5.    A copy of any active or expired passport including all stamps.

6.    Documents reflecting any time you have logged in to Beverley Schottenstein's accounts at JPMS or Chase Bank.

Dated: _September 15_ , 2020.

_Donna Greenspan Solomon_

Donna Greenspan Solomon, Esq.
Chairperson of the Arbitration Panel

_David Rich_

David Rich
Panelist


_____

Donald Theodore Ryce, Jr., Esq.
Panelist


FINRA Dispute Resolution
Boca Center Tower I
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486


To:   Jonathan J. Brennan
      Maynard, Cooper & Gale, PC
      The Fred F. French Building
      551 Fifth Avenue, Suite 2000
      New York, NY 10176
      _Counsel for Respondents Evan and Avi Schottenstein_

      Scott Ilgenfritz, Esq.
      Johnson Pope Bokor Ruppel & Burns LLP
      401 E. Jackson Street
      Suite 3100
      Tampa, Florida 33602
      _Counsel for Claimant_

      Gabrielle Gould, Esq.
      Goodwin, Procter LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018
      _Counsel for Respondent J.P. Morgan Securities, LLC_