## Molli Masaniai

**Subject:** FW: Schottenstein v. J.P. Morgan Securities, LLC, et al. (FINRA DR Case No. 19-02053) - Correspondence re Trial Subpoena Directed to Alexis Schottenstein

---

**From:** David Weintraub <daw@stockbrokerlitigation.com>
**Sent:** Friday, October 9, 2020 11:46 AM
**To:** Justina Deloney <JDeloney@maynardcooper.com>
**Cc:** Jon Brennan <JBrennan@maynardcooper.com>
**Subject:** RE: Schottenstein v. J.P. Morgan Securities, LLC, et al. (FINRA DR Case No. 19-02053) - Correspondence re Trial Subpoena Directed to Alexis Schottenstein

Dear Mr. Brennan:

I do not believe that the proffered subpoena is valid.  If you are aware of authority that would suggest otherwise, please let me know and I will consider it.  You can reach me by telephone this afternoon.  My cell is 954.816.8250.



DAVID A. WEINTRAUB IS ADMITTED TO PRACTICE IN:
FLORIDA
NEW YORK
NEBRASKA

WWW.STOCKBROKERLITIGATION.COM

MAIN OFFICE
7805 S.W. 6TH COURT
PLANTATION, FLORIDA 33324

OFFICE TELEPHONE: 954.693.7577
FACSIMILE: 954.693.7578
TOLL FREE: 800.718.1422

---

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

If you have received this electronic transmission in error, please notify us by telephone, 954.693.7577, or by electronic mail (daw@stockbrokerlitigation.com) immediately. Thank you.

---

**From:** Justina Deloney <JDeloney@maynardcooper.com>
**Sent:** Thursday, October 8, 2020 3:52 PM
**To:** David Weintraub <daw@stockbrokerlitigation.com>
**Cc:** Scott C. Ilgenfritz <ScottI@jpfirm.com>; GGould@goodwinlaw.com; rharris@htflawyers.com; Jon Brennan <JBrennan@maynardcooper.com>; Peter Fruin <PFruin@maynardcooper.com>; Carl Burkhalter

1

<CBurkhalter@maynardcooper.com>; Grace Posey <GPosey@maynardcooper.com>
**Subject:** Schottenstein v. J.P. Morgan Securities, LLC, et al. (FINRA DR Case No. 19-02053) - Correspondence re Trial Subpoena Directed to Alexis Schottenstein

Dear Counsel,

On behalf of Mr. Jon Brennan, attached please find **correspondence enclosing a trial subpoena directed to Alexis Schottenstein** regarding the above-referenced matter.

Thank you for your attention to this matter. If you have any questions or concerns, then please do not hesitate to contact us.

Sincerely,
Justina

**JUSTINA** DELONEY
Securities Litigation Paralegal
T: **205.488.3596**
F: **205.254.1999**
jdeloney@maynardcooper.com
1901 Sixth Ave. N. Suite 2400
Birmingham, AL 35203
www.maynardcooper.com



Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.