FINANCIAL INDUSTRY REGULATORY AUTHORITY
OFFICE OF DISPUTE RESOLUTION

In the Matter of the Arbitration between

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable Trust
U/A/D/ April 5, 2011, as Amended,

       Claimant,

  v.

J.P. MORGAN SECURITIES, LLC; EVAN A.
SCHOTTENSTEIN; and AVI E.
SCHOTTENSTEIN, Jointly and Severally,

       Respondents.

FINRA-DR
Case No. 19-02053

**SUBPOENA FOR THE APPEARANCE OF RECORDS CUSTODIAN FOR WELLS FARGO BANK, N.A. AND THE PRODUCTION OF DOCUMENTS PURSUANT TO FINRA CODE OF ARBITRATION PROCEDURE RULE 12512**

 TO: Wells Fargo Bank, N.A.
    ATTN: Records Custodian
    c/o Dori K. Stibolt, Esq.
    777 South Flagler Drive
    Suite 1700 West Tower
    West Palm Beach, Florida 33401

   YOU ARE COMMANDED, pursuant to Rule 12512 of the Financial Industry Regulatory Authority ("FINRA") Code of Arbitration Procedure (the "Code"), by the arbitration panel in this case to give testimony in the above-captioned arbitration at FINRA Dispute Resolution, Boca Center Tower 1, 5200 Center Circle, Suite 200, Boca Raton, Florida 33486, or any such other location ordered by the Panel, on October 19, 2020, or on such date thereafter as determined by Respondents' counsel, and to produce the documents described on the attached Schedule A.

You are directed to appear and produce documents by the undersigned Panel and unless excused from this Subpoena, you shall appear as directed.

Dated: _____, 2020. 9/23

*[signature: Donna Greenspan Solomon]*

_____ Donna Greenspan Solomon, Esq.
Chairperson of the Arbitration Panel

_____
David Rich
Panelist

_____
Donald Theodore Ryce, Jr., Esq.
Panelist

FINRA Dispute Resolution
Boca Center Tower I
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

To: Jonathan J. Brennan Maynard,
Cooper & Gale, PC
The Fred F. French Building
551 Fifth Avenue, Suite 2000
New York, NY 10176
*Counsel for Respondents Evan and Avi Schottenstein*

Scott Ilgenfritz, Esq.
Johnson Pope Bokor Ruppel & Burns LLP
401 E. Jackson Street
Suite 3100
Tampa, Florida 33602 *Counsel for Claimant*

Gabrielle Gould, Esq.
Goodwin, Procter LLP
The New York Times Building

Page 2 of 4

620 Eighth Avenue
New York, New York 10018
*Counsel for Respondent J.P. Morgan Securities, LLC*

## Schedule A: **Definitions and**

## **Instructions:**

a. The term "Alexis Schottenstein" refers to Alexis E. Schottenstein; D.O.B. ▌
▌ Alexis Schottenstein may have also been known as Alexis E. Gordon.

b. References to "you" or "your" means and includes Wells Fargo Bank, N.A.; any past and/or present representatives, agents, employees, consultants, attorneys, predecessors, successors or affiliates; and any person acting or purporting to act on behalf of any of them. Wells Fargo Bank includes, but is not limited to, the Largo Mall Branch of Wells Fargo Bank, N.A. located in or around 10500 Ulmerton Rd., Largo, FL 33771.

c. The term "document" is used in its broadest sense to include every book, document or other tangible thing, including, without limitation, the following items, whether printed, typed, recorded, filmed or produced by any process, or written or produced by hand, whether an original, a master, a duplicate or a copy, namely: agreements; communications (including emails); account documents; account statements; confirmation slips; order tickets; prospectuses; investment literature; telecopies; notes; memoranda; summaries; sound recordings; video recordings; transcriptions of telephone, personal or other conversations; interviews; meetings and conferences; tape recordings; books; manuals; publications; charts; plans; financial records; bank records; invoices; checks; desk calendars; appointment books; diaries and diary entries; and any other information-containing papers, writings, or physical things.

d. If you withhold any documents from production based on the attorney-client privilege, the work product doctrine, or any other privilege or immunity from disclosure, you shall, with respect to each such document: (i) specifically identify the document by stating its date, subject, and type, and identifying all authors and recipients, and (ii) specify the nature of the privilege asserted and the particular request to which the document or information would otherwise respond.

e. Unless otherwise specified, the period for which documents are being requested is January 1, 2009 to December 31, 2013.

## **Documents Requested**

1. Customer complaints concerning or involving Alexis Schottenstein.

2. Documents concerning the reason(s) for Alexis Schottenstein's separation or termination from Wells Fargo.

3. Documents reflecting any investigation conducted into Alexis Schottenstein's actions while employed by Wells Fargo.

4. Documents concerning the email address bevschottenstein@aol.com, including any documents sent to or from that email address.

excused from this Subpoena, you shall appear as directed.

Dated:2020.

_____

 

_____
Donna Greenspan Solomon, Esq.
Chairperson of the Arbitration Panel

_____
David Rich
avid Rich Panelist

_____
Donald Theodore Ryce, Jr., Esq.
Panelist

FINRA Dispute Resolution
Boca Center Tower I
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

To: Jonathan J. Brennan
    Maynard, Cooper & Gale, PC The
    Fred F. French Building
    551 Fifth Avenue, Suite 2000
    New    NY 10176
    Counsel for Respondents Evan and Avi Schottenstein

    Scott Ilgenffitz, Esq.
    Johnson Pope Bokor Ruppel & Burns LLP
    401 E. Jackson Street
    Suite 3100
    Tampa, Florida 33602
    Counsel for Claimant

    Gabrielle Gould, Esq.
    Goodwin, Procter LLP
    The New York Times Building 620
    Eighth Avenue

New York, New York 10018
Counsel for Respondent J.P. Morgan Securities, LLC

Page 2 of 4