**From:**      drportal@finra.org
**Sent:**      Friday, March 27, 2020 3:19 PM
**To:**        Grace Posey
**Subject:**   COVID-19 Hearing Postponements and Virtual Options

COVID-19 Hearing Postponements and Virtual Options


In response to the evolving coronavirus disease 2019 (COVID-19), FINRA has decided to administratively postpone all in-person arbitration and mediation proceedings scheduled through May 31, 2020. If you have an in-person hearing or mediation session scheduled through this date, you will be contacted by FINRA staff to reschedule or discuss remote scheduling options. Please note that postponing a hearing will not affect other case deadlines. All case deadlines will continue to apply and must be timely met unless the parties jointly agree otherwise.  We recognize that this decision may cause inconvenience and we do not make it lightly. We are taking this preventative action out of an abundance of caution, in the interest of public safety. The well-being of our FINRA employees, arbitrators, stakeholders and communities is of paramount importance.


Further, FINRA will waive postponement fees when parties stipulate to adjourn in-person hearing dates scheduled from June 1 through September 4, 2020. To avoid postponement fees, parties must provide written notice of the stipulation to adjourn more than 20 days prior to the first scheduled hearing date. Parties stipulating to adjourn in-person hearing dates should also consider stipulating to changing other case deadlines.


Finally, FINRA Dispute Resolution offers virtual hearing services (via Zoom and teleconference) to parties by joint agreement or by panel order. These services provide high-quality, secure, user-friendly options for conducting video and telephonic hearings and sharing documents remotely. Staff is available to schedule virtual hearings and provide technical support. Parties that are interested in exploring this option are encouraged to contact their Case Administrator for details.

Confidentiality Notice::  This email, including attachments, may include non-public, proprietary, confidential or legally privileged information.  If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited.  If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately.  You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.