### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20521-BLOOM/Otazo-Reyes

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable
Trust U/A/D April 5, 2011, as Amended,

      Petitioner,

v.

J.P. MORGAN SECURITIES, LLC;
EVAN A. SCHOTTENSTEIN; and
AVI E. SCHOTTENSTEIN,

      Respondents.

_____/

### ORDER ON MOTION TO FILE UNDER SEAL

      **THIS CAUSE** is before the Court upon Respondents Evan and Avi Schottenstein's (collectively, "Respondents") Motion to File Under Seal, ECF No. [74] ("Motion"), filed on March 7, 2022. In the Motion, Respondents seek to file under seal documents that have been designated "Confidential" in the underlying arbitration pursuant to a Confidentiality Stipulation executed among the Parties on December 23, 2019. Respondent J.P. Morgan Securities ("JPMS") has not repudiated the Confidential Stipulation. The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [74]**, is **GRANTED**.

2. Respondents may file under seal the following exhibits in support of their forthcoming Motion to Vacate:

Case No. 21-cv-20521-BLOOM/Otazo-Reyes

    a.  Exhibit 3: a summary of Petitioner's Autocallable Notes at Morgan Stanley, which was entered into evidence in the arbitration as JPMS Exhibit 56.

    b.  Exhibit 4: a summary of an Account Reconciliation and Profit and Loss Report for Petitioner's Morgan Stanley accounts, which was entered into evidence in the arbitration as JPMS Exhibit 62.

    c.  Exhibit 6: an Account Reconciliation and Profit and Loss Report for Petitioner's JPMS accounts, which was entered into evidence in the arbitration as JPMS Exhibit 42.

    d.  Exhibit 9: a copy of the Arbitration Agreement between Petitioner and JPMS ("Arbitration Agreement").

3.  The supporting exhibits shall remain under seal indefinitely.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 7, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record