**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20521-BLOOM/Otazo-Reyes**

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable
Trust U/A/D April 5, 2011, as Amended,

      Petitioner,

v.

J.P. MORGAN SECURITIES, LLC;
EVAN A. SCHOTTENSTEIN; and
AVI E. SCHOTTENSTEIN,

      Respondents.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Petitioner Beverley B. Schottenstein's Petition for

Entry of Final Judgment Confirming Arbitration Award and Awarding Damages and Other Relief,

ECF No. [1] ("Petition"). The Petition was granted by a separate Order. Pursuant to Federal Rule

of Civil Procedure 58(a), the Court enters this separate Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Arbitration Award, **ECF No. [1] at 18-24**, is **CONFIRMED** in its entirety.

2. The Court retains jurisdiction to enforce this Final Judgment and to award reasonable

   attorneys' fees and costs for the underlying Arbitration Proceeding and this proceeding.

3. The Court orders execution to issue for this Final Judgment.

4. To the extent not otherwise disposed of, any hearings are **CANCELED**, all pending

   motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. The Clerk shall **CLOSE** this case.

Case No. 21-cv-20521-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 8, 2022.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2